# EXHIBIT 2

## NOTICE OF TERMINATION

### "BLADE"

RECEIVED

JUN 2 5 2021

ALAN BRAVERMAN

To:   Marvel Entertainment, LLC
Marvel Worldwide, Inc.
Marvel Property, Inc.
Marvel Characters, Inc.
1290 Avenue of the Americas
New York, NY 10104
Attn: John Turitzin, Chief Counsel
     Eli Bard, Deputy Chief Counsel

Marvel Studios, LLC
MVL Rights, LLC
MVL Development, LLC
Marvel Characters, Inc.
500 South Buena Vista Street
Burbank, CA 91521
Attn: David Galluzzi, Chief Counsel

The Walt Disney Company
500 South Buena Vista Street
Burbank, CA 91521
Attn: Alan Braverman, General Counsel

Marvel Animation Inc.
623 Circle Seven Drive
Glendale, CA 91201
Attn: Legal Department

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. § 201.10, Nanci Solo and Erik Colan, the children of the deceased author Eugene J. Colan, being the persons entitled to terminate copyright transfers by the author pursuant to said statutory provisions, hereby terminate all pre-January 1, 1978 exclusive or non-exclusive grants of the transfer or license of the renewal copyright(s) in and to the illustrated comic book stories, many of which feature the character Blade (a.k.a. Eric Brooks), authored or co-authored by Eugene J. Colan (a.k.a. Gene Colan) and published in the TOMB OF DRACULA comic book issues, all as set forth below:

1.     The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Marvel Entertainment, LLC, Marvel Worldwide, Inc., Marvel Property, Inc., Marvel Characters, Inc., 1290 Avenue of the Americas, New York, NY 10104; Marvel Studios, LLC, MVL Rights, LLC, MVL Development, LLC, Marvel Characters, Inc., 500

South Buena Vista Street, Burbank, CA 91521; The Walt Disney Company, 500 South Buena Vista Street, Burbank, CA 91521; and Marvel Animation Inc., 623 Circle Seven Drive, Glendale, CA 91201. Pursuant to 37 C.F.R. § 201.10(d), service of this notice is being made by First Class Mail, postage pre-paid to the above grantees or successors at the addresses shown.

2.     The copyrighted work(s) to which this Notice of Termination apply(ies) (individually, the "Work"; collectively, the "Works") are the illustrated comic book story(ies), many of which feature the character Blade (a.k.a. Eric Brooks), authored or co-authored by Eugene J. Colan (a.k.a. Gene Colan),[1] along with all the characters, story elements, and/or indicia appearing therein, which stories were published and embodied in the comic book issues identified as follows:

---

[1] This Notice of Termination also applies to all material authored or co-authored by Eugene J. Colan (in any and all medium(s), whenever created) that was reasonably associated with the Works and was registered with the United States Copyright Office and/or published within the termination time window, as defined by 17 U.S.C. § 304(c), and the effective date of this Notice of Termination. This Notice of Termination likewise includes any character, story element, or indicia reasonably associated with the Works including, without limitation, Blade (a.k.a. Eric Brooks), Jeanie Ovington, Abraham van Helsing, Fritz Burgeister, Danny Summers, Carl von Harbou, Ilsa Strangeway, Inspector Chelm, Godfrey Langston, Lenore DeCade, the Moorlands Monster, Lord Dering, Lady Dering, Buckley Grainger, Dr. Heinrich Mortte, Adrian Mortte, Corker Haller, Gladys Fulton, Jason Faust, Oliver Gordon, Molodowi, Henry Laswell, Duncan Corley, Helen Cantler, James Jackson, Shivvey Martin, Gordo Brown, Horatio Toombs, Marie Komph, Theresa Beare, Henry Bonney, Paul Beare, Peter Vornik, Ulsa Vornik, Petra Vornik, Leonid Korsak, Katerina Stenski, Marcus Fydora, Shiela Whittier, Alestar Dunwick, Lilith Drake, Henrietta Dunwick, Rodney Dunwick, Caroline Bascombe, Hannibal King, Adrianne Brown Walers, Fred Walters, David Eshcol Chastity Jones, Joshua Eschol, C'Thunda, King Kull, Mae Li, Adri Nital, Beverly Gable, Lyza Strang, Archibald Strang, Melanie Knight, Marcia Knight, Paul Knight, Kuai Hua, Ogun, Azi, Musenda, Orji, Mary-Beth Singleton, Lord Arthur Singleton, Brother Voodoo, Daniel Drumm, Daphne von Wilkinson, Jackson Hardy, Tilly Beatering, Martin Beatering, Ken Mitchell, Jack Bolt, Winston Twindle, Angie Rogers, William Perry, Joe Petri, Jack Ownes, Capt. Sid Greenely, Harold H. Harold, Aurora Rabinowitz, Juno, Janet Golin, Stu Summers, Elizabeth Harker, Jonathan Harker, Edith Harker, Quincy Harker, Clifton Graves, Dracula (a.k.a. Vlad Dracula), Garbiel Trulaine, Charlie O'Casey, Martin Scampt, Lord Turac, Frank Drake, Rachel van Helsing, Taj Nital, Elizabeth Langley, Saint, Safron Caulder, Cecile Parker, Deacon Frost, Tara Brooks, Jasper O'Connor, Josiah Dawn, Lucas Brand, Professor Morgo, Dr. Sun, Kitty, Orphelus, Turac, Maria Dracula, Jacques Granet, Ludwig Gruber, Jack Russell, Henri Verne, Greta Verne, Werewolf by Night, Topaz, "Scratcher" Martin, Gregory Russoff, Laura Russoff Russell, Werewolf, Shiela Whittier, Trudy Taylor, and Jyota Nital. Every reasonable effort has been made to find and list herein all such material. Nevertheless, if any such material has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted material.

| Title | Copyright Claimant[2] | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| *Tomb of Dracula* Vol. 1, No. 1 | Magazine Management Co., Inc. and Marvel Comics Group | 10/19/1971 | B712603 |
| *Tomb of Dracula* Vol. 1, No. 2 | Magazine Management Co., Inc. and Marvel Comics Group | 2/1/1972 | B739653 |
| *Tomb of Dracula* Vol. 1, No. 3 | Magazine Management Co., Inc. and Marvel Comics Group | 3/28/1972 | B744432 |
| *Tomb of Dracula* Vol. 1, No. 4 | Magazine Management Co., Inc. and Marvel Comics Group | 5/30/1973 | B847506 |
| *Tomb of Dracula* Vol. 1, No. 5 | Magazine Management Co., Inc. and Marvel Comics Group | 7/25/1972 | B772985 |
| *Tomb of Dracula* Vol. 1, No. 6 | Magazine Management Co., Inc. and Marvel Comics Group | 9/26/1972 | B787599 |
| *Tomb of Dracula* Vol. 1, No. 7 | Magazine Management Co., Inc. and Marvel Comics Group | 11/21/1972 | B800163 |
| *Tomb of Dracula* Vol. 1, No. 8 | Marvel Comics Group, a division of Cadence Industries Corp. | 1/23/1973 | B815059 |
| *Tomb of Dracula* Vol. 1, No. 9 | Marvel Comics Group, a division of Cadence Industries Corp. | 2/20/1973 | B825207 |
| *Tomb of Dracula* Vol. 1, No. 10 | Marvel Comics Group, a division of Cadence Industries Corp. | 3/20/1973 | B829682 |
| *Tomb of Dracula* Vol. 1, No. 11 | Marvel Comics Group, a division of Cadence Industries Corp. | 4/24/1973 | B846942 |
| *Tomb of Dracula* Vol. 1, No. 12 | Marvel Comics Group, a division of Cadence Industries Corp. | 5/22/1973 | B846899 |
| *Tomb of Dracula* Vol. 1, No. 13 | Marvel Comics Group, a division of Cadence Industries Corp. | 6/19/1973 | B851838 |
| *Tomb of Dracula* Vol. 1, No. 14 | Marvel Comics Group, a division of Cadence Industries Corp. | 7/17/1973 | B857134 |
| *Tomb of Dracula* Vol. 1, No. 15 | Marvel Comics Group, a division of Cadence Industries Corp. | 8/14/1973 | B866425 |
| *Tomb of Dracula* Vol. 1, No. 16 | Marvel Comics Group, a division of Cadence Industries Corp. | 9/4/1973 | B879205 |
| *Tomb of Dracula* Vol. 1, No. 17 | Marvel Comics Group, a division of Cadence Industries Corp. | 9/25/1973 | B883969 |
| *Tomb of Dracula* Vol. 1, No. 18 | Marvel Comics Group, a division | 10/23/1973 | B891716 |

[2] Pursuant to 37 C.F.R. § 201.10(b)(1)(iii), this Notice of Termination includes the name of at least one author of each Work to which this Notice of Termination applies. The listing herein of any corporation as copyright claimant is done per Copyright Office records, and is not to be construed as an admission that any given work is or was a "work made for hire," nor is anything else herein to be construed as any such admission. Nothing contained in this Notice of Termination shall be construed to in any way limit or waive any right or remedy that Nanci Solo and/or Erik Colan, may have, at law or in equity, with respect to the subject matter hereof, all of which is hereby expressly reserved.

| | of Cadence Industries Corporation | | |
|---|---|---|---|
| *Tomb of Dracula* Vol. 1, No. 19 | Marvel Comics Group, a division of Cadence Industries Corporation | 11/20/1973 | B899455 |
| *Tomb of Dracula* Vol. 1, No. 20 | Marvel Comics Group, a division of Cadence Industries Corporation | 1/8/1974 | B906646 |
| *Tomb of Dracula* Vol. 1, No. 21 | Marvel Comics Group, a division of Cadence Industries Corporation | 2/5/1974 | B918332 |
| *Tomb of Dracula* Vol. 1, No. 22 | Marvel Comics Group, a division of Cadence Industries Corporation | 3/5/1974 | B926664 |
| *Tomb of Dracula* Vol. 1, No. 23 | Marvel Comics Group, a division of Cadence Industries Corporation | 5/7/1974 | B939804 |
| *Tomb of Dracula* Vol. 1, No. 24 | Marvel Comics Group, a division of Cadence Industries Corporation | 6/4/1974 | B939782 |
| *Tomb of Dracula* Vol. 1, No. 25 | Marvel Comics Group, a division of Cadence Industries Corporation | 6/4/1974 | B956177 |
| *Tomb of Dracula* Vol. 1, No. 26 | Marvel Comics Group, a division of Cadence Industries Corporation | 7/2/1974 | B964044 |
| *Tomb of Dracula* Vol. 1, No. 27 | Marvel Comics Group, a division of Cadence Industries Corporation | 9/3/1974 | B964074 |
| *Tomb of Dracula* Vol. 1, No. 28 | Marvel Comics Group, a division of Cadence Industries Corporation | 9/3/1974 | B982110 |
| *Tomb of Dracula* Vol. 1, No. 29 | Marvel Comics Group, a division of Cadence Industries Corporation | 10/8/1974 | B978710 |
| *Tomb of Dracula* Vol. 1, No. 30 | Marvel Comics Group, a division of Cadence Industries Corporation | 11/5/1974 | B989057 |
| *Tomb of Dracula* Vol. 1, No. 31 | Marvel Comics Group, a division of Cadence Industries Corporation | 12/3/1974 | B995431 |
| *Tomb of Dracula* Vol. 1, No. 32 | Marvel Comics Group, a division of Cadence Industries Corporation | 1/7/1975 | B999523 |
| *Tomb of Dracula* Vol. 1, No. 33 | Marvel Comics Group, a division of Cadence Industries Corporation | 2/4/1975 | B8139 |
| *Tomb of Dracula* Vol. 1, No. 34 | Marvel Comics Group, a division of Cadence Industries Corporation | 4/8/1975 | B16961 |
| *Tomb of Dracula* Vol. 1, No. 35 | Marvel Comics Group, a division of Cadence Industries Corporation | 4/1/1975 | B24311 |
| *Tomb of Dracula* Vol. 1, No. 36 | Marvel Comics Group, a division of Cadence Industries Corporation | 4/29/1975 | B47240 |
| *Tomb of Dracula* Vol. 1, No. 37 | Marvel Comics Group, a division of Cadence Industries Corporation | 6/10/1975 | B48651 |

3.     The grant(s) and/or transfer(s) to which this Notice of Termination applies was

(were) made in that (those) certain copyright assignment(s) on the back of the check(s) issued by

Marvel Entertainment, LLC's ("Marvel") predecessor company(ies) to Eugene J. Colan, regarding

4

the above-listed Works, which was (were) dated on or about the time of the publication of such Works, as well as any other grant(s) regarding the Works by Eugene J. Colan to Marvel's predecessor(s).[3]

4.     The effective date of termination for each respective Work shall be as follows:

| Title: | Effective Date of Termination: |
| --- | --- |
| *Tomb of Dracula* Vol. 1, No. 1 | October 20, 2027 |
| *Tomb of Dracula* Vol. 1, No. 2 | February 2, 2028 |
| *Tomb of Dracula* Vol. 1, No. 3 | March 29, 2028 |
| *Tomb of Dracula* Vol. 1, No. 4 | May 31, 2029 |
| *Tomb of Dracula* Vol. 1, No. 5 | July 26, 2028 |
| *Tomb of Dracula* Vol. 1, No. 6 | September 27, 2028 |
| *Tomb of Dracula* Vol. 1, No. 7 | November 22, 2028 |
| *Tomb of Dracula* Vol. 1, No. 8 | January 24, 2029 |
| *Tomb of Dracula* Vol. 1, No. 9 | February 21, 2029 |
| *Tomb of Dracula* Vol. 1, No. 10 | March 21, 2029 |
| *Tomb of Dracula* Vol. 1, No. 11 | April 25, 2029 |
| *Tomb of Dracula* Vol. 1, No. 12 | May 23, 2029 |
| *Tomb of Dracula* Vol. 1, No. 13 | June 20, 2029 |
| *Tomb of Dracula* Vol. 1, No. 14 | July 18, 2029 |
| *Tomb of Dracula* Vol. 1, No. 15 | August 15, 2029 |
| *Tomb of Dracula* Vol. 1, No. 16 | September 5, 2029 |
| *Tomb of Dracula* Vol. 1, No. 17 | September 26, 2029 |
| *Tomb of Dracula* Vol. 1, No. 18 | October 24, 2029 |
| *Tomb of Dracula* Vol. 1, No. 19 | November 21, 2029 |
| *Tomb of Dracula* Vol. 1, No. 20 | January 9, 2030 |
| *Tomb of Dracula* Vol. 1, No. 21 | February 6, 2030 |
| *Tomb of Dracula* Vol. 1, No. 22 | March 6, 2030 |
| *Tomb of Dracula* Vol. 1, No. 23 | May 8, 2030 |
| *Tomb of Dracula* Vol. 1, No. 24 | June 5, 2030 |
| *Tomb of Dracula* Vol. 1, No. 25 | June 5, 2030 |
| *Tomb of Dracula* Vol. 1, No. 26 | July 3, 2030 |
| *Tomb of Dracula* Vol. 1, No. 27 | September 4, 2030 |
| *Tomb of Dracula* Vol. 1, No. 28 | September 4, 2030 |
| *Tomb of Dracula* Vol. 1, No. 29 | October 9, 2030 |

---

[3] This Notice of Termination also applies to each and every grant or alleged grant by Eugene J. Colan of rights under copyright in and to the Works that falls within the applicable termination time window (defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination). Every reasonable effort has been made to find and list herein every such grant and/or transfer. Nevertheless, if any such grant and/or transfer has been omitted, such omission is unintentional and involuntary, and this Notice of Termination applies as well to each and every such omitted grant and/or transfer.

| *Tomb of Dracula* Vol. 1, No. 30 | November 6, 2030 |
| *Tomb of Dracula* Vol. 1, No. 31 | December 4, 2030 |
| *Tomb of Dracula* Vol. 1, No. 32 | January 8, 2031 |
| *Tomb of Dracula* Vol. 1, No. 33 | February 5, 2031 |
| *Tomb of Dracula* Vol. 1, No. 34 | April 9, 2031 |
| *Tomb of Dracula* Vol. 1, No. 35 | April 2, 2031 |
| *Tomb of Dracula* Vol. 1, No. 36 | April 30, 2031 |
| *Tomb of Dracula* Vol. 1, No. 37 | June 11, 2031 |

5.      Eugene J. Colan died on June 23, 2011. His surviving children, Nanci Solo and Erik Colan, are the persons entitled to exercise the termination right pursuant to 17 U.S.C. § 304(c)(2)(B), as to the grant(s) identified herein. This Notice has been signed by all persons needed to terminate said grant(s) under 17 U.S.C. § 304(c).

Dated: June 22, 2021                                    TOBEROFF & ASSOCIATES, P.C.

                                                        Marc Toberoff

                                                        23823 Malibu Road, Suite 50-363
                                                        Malibu, CA 90265
                                                        Tel: (310) 246-3333

                                                        As counsel for and on behalf of Nanci Solo
                                                        and Erik Colan

6

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION to be served this 22nd day of June, 2021, by First Class Mail,

postage prepaid, upon each of the following:

To:  Marvel Entertainment, LLC
     Marvel Worldwide, Inc.
     Marvel Property, Inc.
     Marvel Characters, Inc.
     1290 Avenue of the Americas
     New York, NY 10104
     Attn: John Turitzin, Chief Counsel
           Eli Bard, Deputy Chief Counsel

     Marvel Studios, LLC
     MVL Rights, LLC
     MVL Development, LLC
     Marvel Characters, Inc.
     500 South Buena Vista Street
     Burbank, CA 91521
     Attn: David Galluzzi, Chief Counsel

     The Walt Disney Company
     500 South Buena Vista Street
     Burbank, CA 91521
     Attn: Alan Braverman, General Counsel

     Marvel Animation Inc.
     623 Circle Seven Drive
     Glendale, CA 91201
     Attn: Legal Department

I declare under penalty of perjury that the foregoing is true and correct. Executed this

22nd day of June, 2021, at Malibu, California.

Breck Kadaba
Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265

Counsel for Nanci Solo and Erik Colan

7