# EXHIBIT 3

RECEIVED

JUN 2 5 2021

ALAN BRAVERMAN

## NOTICE OF TERMINATION

### "FALCON"

To:  Marvel Entertainment, LLC                    Marvel Studios, LLC
     Marvel Worldwide, Inc.                        MVL Rights, LLC
     Marvel Property, Inc.                         MVL Development, LLC
     Marvel Characters, Inc.                       Marvel Characters, Inc.
     1290 Avenue of the Americas                   500 South Buena Vista Street
     New York, NY 10104                            Burbank, CA 91521
     Attn: John Turitzin, Chief Counsel            Attn: David Galluzzi, Chief Counsel
          Eli Bard, Deputy Chief Counsel

     The Walt Disney Company                       Marvel Animation Inc.
     500 South Buena Vista Street                  623 Circle Seven Drive
     Burbank, CA 91521                             Glendale, CA 91201
     Attn: Alan Braverman, General Counsel         Attn: Legal Department

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright

Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37

C.F.R. § 201.10, Nanci Solo and Erik Colan, the children of the deceased author Eugene J. Colan,

being the persons entitled to terminate copyright transfers by the author pursuant to said statutory

provisions, hereby terminate all pre-January 1, 1978 exclusive or non-exclusive grants of the

transfer or license of the renewal copyright(s) in and to the illustrated comic book stories, many of

which feature the character Falcon (a.k.a. Samuel Wilson), authored or co-authored by Eugene J.

Colan (a.k.a. Gene Colan) and published in the CAPTAIN AMERICA comic book issues, all as

set forth below:

1.      The names and addresses of the grantees and/or successors in title whose rights are

being terminated are as follows: Marvel Entertainment, LLC, Marvel Worldwide, Inc., Marvel

Property, Inc., Marvel Characters, Inc., 1290 Avenue of the Americas, New York, NY 10104;

Marvel Studios, LLC, MVL Rights, LLC, MVL Development, LLC, Marvel Characters, Inc., 500

South Buena Vista Street, Burbank, CA 91521; The Walt Disney Company, 500 South Buena

Vista Street, Burbank, CA 91521; and Marvel Animation Inc., 623 Circle Seven Drive, Glendale,

CA 91201. Pursuant to 37 C.F.R. § 201.10(d), service of this notice is being made by First Class

Mail, postage pre-paid to the above grantees or successors at the addresses shown.

2.      The copyrighted work(s) to which this Notice of Termination apply(ies)

(individually, the "Work"; collectively, the "Works") are the illustrated comic book story(ies),

many of which feature the character Falcon (a.k.a. Samuel Wilson), authored or co-authored by

Eugene J. Colan (a.k.a. Gene Colan),[1] along with all the characters, story elements, and/or indicia

appearing therein, which stories were published and embodied in the comic book issues identified

as follows:

| Title | Copyright Claimant[2] | Date Copyright Secured | Copyright Reg. No. |
|-------|----------------------|------------------------|--------------------|
| *Captain America* Vol. 1, No. 117 | Magazine Management Co., Inc. and Marvel Comics Group | 5/13/1969 | B532114 |

---

[1] This Notice of Termination also applies to all material authored or co-authored by Eugene J. Colan (in any and all medium(s), whenever created) that was reasonably associated with the Works and was registered with the United States Copyright Office and/or published within the termination time window, as defined by 17 U.S.C. § 304(c), and the effective date of this Notice of Termination. This Notice of Termination likewise includes any character, story element, or indicia reasonably associated with the Works including, without limitation, Falcon (a.k.a. Samuel Wilson), Redwing, Captain America (a.k.a. Steve Rogers), Red Skull, Eric Gruning, Angelo Baldini, Ivan Krushki, Franz Cadavus, Iron-Hand Hauptmann, General Ching, MODOK, Rick Jones, Sharon Carter, Nick Fury, Dum-Dum Dugan, Mart Baker, Agent R-1 ("Grizzly"), Agent R-2 ("Mike"), Professor Paul Fosgrave, Man-Brute, Silas X. Cragg, Abraham Erskine, Heinz Kruger General Phillips, Jarvis, Yellowjacket, Wasp, Black Panther, Vision, Robert Dietzel, Scorpion, Jasper Sitwell, Suprema, Scarbo, J. Jonah Jameson, Tony Stark, "Aces" Wild, Agent A-12, Agent A-14, Mandarin, Dr. Robert Hoskins, Diamond Head, Maggia, Android X-4, Dr. Ralph Ryder, Joe Robertson, Bucky Barnes, Heinrich Zemo, King Hassab of Irabia, The Hood, Batroc the Leaper, Whirlwind, Porcupine, Hulk, Spider-Man (a.k.a. Peter Parker), Doctor Doom, Scientist Supreme, Stone-Face, Sarah Wilson-Casper, Jody Casper, the Monster Ape, Prince, Mole Man, the Moloids, and Harry Osborn. Every reasonable effort has been made to find and list herein all such material. Nevertheless, if any such material has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted material.

[2] Pursuant to 37 C.F.R. § 201.10(b)(1)(iii), this Notice of Termination includes the name of at least one author of each Work to which this Notice of Termination applies. The listing herein of any corporation as copyright claimant is done per Copyright Office records, and is not to be construed as an admission that any given work is or was a "work made for hire," nor is anything else herein to be construed as any such admission. Nothing contained in this Notice of Termination shall be construed to in any way limit or waive any right or remedy that Nanci Solo and/or Erik Colan, may have, at law or in equity, with respect to the subject matter hereof, all of which is hereby expressly reserved.

| | | | |
|---|---|---|---|
| *Captain America* Vol. 1, No. 118 | Magazine Management Co., Inc. and Marvel Comics Group | 6/10/1969 | B532062 |
| *Captain America* Vol. 1, No. 119 | Magazine Management Co., Inc. and Marvel Comics Group | 7/8/1969 | B532117 |
| *Captain America* Vol. 1, No. 120 | Magazine Management Co., Inc. and Marvel Comics Group | 8/12/1969 | B533818 |
| *Captain America* Vol. 1, No. 121 | Magazine Management Co., Inc. and Marvel Comics Group | 9/9/1969 | B545951 |
| *Captain America* Vol. 1, No. 122 | Magazine Management Co., Inc. and Marvel Comics Group | 10/14/1969 | B545968 |
| *Captain America* Vol. 1, No. 123 | Magazine Management Co., Inc. and Marvel Comics Group | 11/11/1969 | B549540 |
| *Captain America* Vol. 1, No. 124 | Magazine Management Co., Inc. and Marvel Comics Group | 12/9/1969 | B557545 |
| *Captain America* Vol. 1, No. 125 | Magazine Management Co., Inc. and Marvel Comics Group | 1/13/1970 | B567218 |
| *Captain America* Vol. 1, No. 126 | Magazine Management Co., Inc. and Marvel Comics Group | 2/10/1970 | B576035 |
| *Captain America* Vol. 1, No. 127 | Magazine Management Co., Inc. and Marvel Comics Group | 3/10/1970 | B578594 |
| *Captain America* Vol. 1, No. 128 | Magazine Management Co., Inc. and Marvel Comics Group | 4/7/1970 | B586684 |
| *Captain America* Vol. 1, No. 129 | Magazine Management Co., Inc. and Marvel Comics Group | 5/5/1970 | B598586 |
| *Captain America* Vol. 1, No. 130 | Magazine Management Co., Inc. and Marvel Comics Group | 6/9/1970 | B598589 |
| *Captain America* Vol. 1, No. 131 | Magazine Management Co., Inc. and Marvel Comics Group | 7/7/1970 | B609524 |
| *Captain America* Vol. 1, No. 132 | Magazine Management Co., Inc. and Marvel Comics Group | 8/4/1970 | B612392 |
| *Captain America* Vol. 1, No. 133 | Magazine Management Co., Inc. and Marvel Comics Group | 9/8/1970 | B630153; B630214 |
| *Captain America* Vol. 1, No. 134 | Magazine Management Co., Inc. and Marvel Comics Group | 10/6/1970 | B630191 |
| *Captain America* Vol. 1, No. 135 | Magazine Management Co., Inc. and Marvel Comics Group | 11/3/1970 | B631976 |
| *Captain America* Vol. 1, No. 136 | Magazine Management Co., Inc. and Marvel Comics Group | 12/15/1970 | B638024 |
| *Captain America* Vol. 1, No. 137 | Magazine Management Co., Inc. and Marvel Comics Group | 1/12/1971 | B648901 |

3.      The grant(s) and/or transfer(s) to which this Notice of Termination applies was

(were) made in that (those) certain copyright assignment(s) on the back of the check(s) issued by

3

Marvel Entertainment, LLC's ("Marvel") predecessor company(ies) to Eugene J. Colan, regarding the above-listed Works, which was (were) dated on or about the time of the publication of such Works, as well as any other grant(s) regarding the Works by Eugene J. Colan to Marvel's predecessor(s).[3]

4.     The effective date of termination for each respective Work shall be as follows:

| Title: | Effective Date of Termination: |
| --- | --- |
| *Captain America* Vol. 1, No. 117 | May 14, 2025 |
| *Captain America* Vol. 1, No. 118 | June 11, 2025 |
| *Captain America* Vol. 1, No. 119 | July 9, 2025 |
| *Captain America* Vol. 1, No. 120 | August 13, 2025 |
| *Captain America* Vol. 1, No. 121 | September 10, 2025 |
| *Captain America* Vol. 1, No. 122 | October 15, 2025 |
| *Captain America* Vol. 1, No. 123 | November 12, 2025 |
| *Captain America* Vol. 1, No. 124 | December 10, 2025 |
| *Captain America* Vol. 1, No. 125 | January 14, 2026 |
| *Captain America* Vol. 1, No. 126 | February 11, 2026 |
| *Captain America* Vol. 1, No. 127 | March 11, 2026 |
| *Captain America* Vol. 1, No. 128 | April 8, 2026 |
| *Captain America* Vol. 1, No. 129 | May 6, 2026 |
| *Captain America* Vol. 1, No. 130 | June 10, 2026 |
| *Captain America* Vol. 1, No. 131 | July 8, 2026 |
| *Captain America* Vol. 1, No. 132 | August 5, 2026 |
| *Captain America* Vol. 1, No. 133 | September 9, 2026 |
| *Captain America* Vol. 1, No. 134 | October 7, 2026 |
| *Captain America* Vol. 1, No. 135 | November 4, 2026 |
| *Captain America* Vol. 1, No. 136 | December 16, 2026 |
| *Captain America* Vol. 1, No. 137 | January 13, 2027 |

5.     Eugene J. Colan died on June 23, 2011. His surviving children, Nanci Solo and Erik Colan, are the persons entitled to exercise the termination right pursuant to 17 U.S.C. §

---

[3] This Notice of Termination also applies to each and every grant or alleged grant by Eugene J. Colan of rights under copyright in and to the Works that falls within the applicable termination time window (defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination). Every reasonable effort has been made to find and list herein every such grant and/or transfer. Nevertheless, if any such grant and/or transfer has been omitted, such omission is unintentional and involuntary, and this Notice of Termination applies as well to each and every such omitted grant and/or transfer.

304(c)(2)(B), as to the grant(s) identified herein. This Notice has been signed by all persons needed to terminate said grant(s) under 17 U.S.C. § 304(c).

Dated: June 22, 2021

TOBEROFF & ASSOCIATES, P.C.

Marc Toberoff

23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Tel: (310) 246-3333

As counsel for and on behalf of Nanci Solo
and Erik Colan

5

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION to be served this 22nd day of June, 2021, by First Class Mail,

postage prepaid, upon each of the following:

To:  Marvel Entertainment, LLC
     Marvel Worldwide, Inc.
     Marvel Property, Inc.
     Marvel Characters, Inc.
     1290 Avenue of the Americas
     New York, NY 10104
     Attn: John Turitzin, Chief Counsel
           Eli Bard, Deputy Chief Counsel

Marvel Studios, LLC
MVL Rights, LLC
MVL Development, LLC
Marvel Characters, Inc.
500 South Buena Vista Street
Burbank, CA 91521
Attn: David Galluzzi, Chief Counsel

The Walt Disney Company
500 South Buena Vista Street
Burbank, CA 91521
Attn: Alan Braverman, General Counsel

Marvel Animation Inc.
623 Circle Seven Drive
Glendale, CA 91201
Attn: Legal Department

I declare under penalty of perjury that the foregoing is true and correct. Executed this

22nd day of June, 2021, at Malibu, California.

Breck Kadaba
Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265

Counsel for Nanci Solo and Erik Colan

6