# EXHIBIT 4

## NOTICE OF TERMINATION

### "CAPTAIN MARVEL"

RECEIVED
JUL 07 2021
ALAN BRAVERMAN

To:  Marvel Entertainment, LLC   Marvel Studios, LLC
Marvel Worldwide, Inc.   MVL Rights, LLC
Marvel Property, Inc.   MVL Development, LLC
Marvel Characters, Inc.   Marvel Characters, Inc.
1290 Avenue of the Americas   500 South Buena Vista Street
New York, NY 10104   Burbank, CA 91521
Attn: John Turitzin, Chief Counsel   Attn: David Galluzzi, Chief Counsel
     Eli Bard, Deputy Chief Counsel

The Walt Disney Company   Marvel Animation Inc.
500 South Buena Vista Street   623 Circle Seven Drive
Burbank, CA 91521   Glendale, CA 91201
Attn: Alan Braverman, General Counsel   Attn: Legal Department

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. § 201.10, Nanci Solo and Erik Colan, the children of the deceased author Eugene J. Colan, being the persons entitled to terminate copyright transfers by the author pursuant to said statutory provisions, hereby terminate all pre-January 1, 1978 exclusive or non-exclusive grants of the transfer or license of the renewal copyright(s) in and to the illustrated comic book stories, featuring the character Captain Marvel (a.k.a. Mar-Vell), authored or co-authored by Eugene J. Colan (a.k.a. Gene Colan), and published in the respective comic book issues listed in paragraph 2 of this Notice, all as set forth below:

1. The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Marvel Entertainment, LLC, Marvel Worldwide, Inc., Marvel Property, Inc., Marvel Characters, Inc., 1290 Avenue of the Americas, New York, NY 10104; Marvel Studios, LLC, MVL Rights, LLC, MVL Development, LLC, Marvel Characters, Inc., 500

South Buena Vista Street, Burbank, CA 91521; The Walt Disney Company, 500 South Buena Vista Street, Burbank, CA 91521; and Marvel Animation Inc., 623 Circle Seven Drive, Glendale, CA 91201. Pursuant to 37 C.F.R. § 201.10(d), service of this notice is being made by First Class Mail, postage pre-paid to the above grantees or successors at the addresses shown.

2.   The copyrighted work(s) to which this Notice of Termination apply(ies) (individually, the "Work"; collectively, the "Works") are the illustrated comic book story(ies), featuring the character Captain Marvel (a.k.a. Mar-Vell), authored or co-authored by Eugene J. Colan (a.k.a. Gene Colan),[1] along with all the characters, story elements, and/or indicia appearing therein, which stories were published and embodied in the comic book issues identified as follows:

| Title | Copyright Claimant[2] | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| *Marvel Super-Heroes* Vol 1, No. 12 | Marvel Comics, Inc. and Marvel Comics Group | 10/10/1967 | B462618 |
| *Marvel Super-Heroes* Vol 1, No. 13 | Marvel Comics, Inc. and Marvel Comics Group | 12/12/1967 | B462617 |

---

[1] This Notice of Termination also applies to all material authored or co-authored by Eugene J. Colan (in any and all medium(s), whenever created) that was reasonably associated with the Works and was registered with the United States Copyright Office and/or published within the termination time window, as defined by 17 U.S.C. § 304(c), and the effective date of this Notice of Termination. This Notice of Termination likewise includes any character, story element, or indicia reasonably associated with the Works including, without limitation, Captain Marvel (a.k.a. Mar-Vell), Carol Danvers (a.k.a. Car-Ell), Una, Yon-Rogg, Zarek, the Kree Soldiers, Jeremy Logan, Supreme Intelligence, Sentry 459, Ronan the Accuser, Walter Lawson, Sam Hill, General William Bridges, Walter Lawson, Dorrek VII, Anelle, Machino, Hal Logan, Chester Fenton, Super-Skrull (a.k.a. Kl'rt), the Skrull Emperor, and Namor the Sub-Mariner. Every reasonable effort has been made to find and list herein all such material. Nevertheless, if any such material has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted material.

[2] Pursuant to 37 C.F.R. § 201.10(b)(1)(iii), this Notice of Termination includes the name of at least one author of each Work to which this Notice of Termination applies. The listing herein of any corporation as copyright claimant is done per Copyright Office records, and is not to be construed as an admission that any given work is or was a "work made for hire," nor is anything else herein to be construed as any such admission. Nothing contained in this Notice of Termination shall be construed to in any way limit or waive any right or remedy that Nanci Solo and/or Erik Colan, may have, at law or in equity, with respect to the subject matter hereof, all of which is hereby expressly reserved.

| | | | |
|---|---|---|---|
| *Marvel's Space-Born Superhero! Captain Marvel* Vol. 1, No. 1 | Marvel Comics, Inc. and Marvel Comics Group | 2/8/1968 | B462622 |
| *Marvel's Space-Born Superhero! Captain Marvel* Vol. 1, No. 2 | Marvel Comics, Inc. and Marvel Comics Group | 3/7/1968 | B462631 |
| *Marvel's Space-Born Superhero! Captain Marvel* Vol. 1, No. 3 | Marvel Comics, Inc. and Marvel Comics Group | 4/9/1968 | B462609 |
| *Marvel's Space-Born Superhero! Captain Marvel* Vol. 1, No. 4 | Marvel Comics, Inc. and Marvel Comics Group | 5/9/1968 | B462620 |

3. The grant(s) and/or transfer(s) to which this Notice of Termination applies was (were) made in that (those) certain copyright assignment(s) on the back of the check(s) issued by Marvel Entertainment, LLC's ("Marvel") predecessor company(ies) to Eugene J. Colan, with respect to the above-listed Works, which was (were) dated on or about the time of the respective publication of such Works, as well as any other grant(s) regarding the Works by Eugene J. Colan to Marvel's predecessor(s).[3]

4. The effective date of termination for each respective Work shall be as follows:

| Title: | Effective Date of Termination: |
|---|---|
| *Marvel Super-Heroes* Vol 1, No. 12 | October 11, 2023 |
| *Marvel Super-Heroes* Vol 1, No. 13 | December 13, 2023 |
| *Marvel's Space-Born Superhero! Captain Marvel* Vol. 1, No. 1 | February 9, 2024 |
| *Marvel's Space-Born Superhero! Captain Marvel* Vol. 1, No. 2 | March 8, 2024 |
| *Marvel's Space-Born Superhero! Captain Marvel* Vol. 1, No. 3 | April 10, 2024 |
| *Marvel's Space-Born Superhero! Captain Marvel* Vol. 1, No. 4 | May 10, 2024 |

---

[3] This Notice of Termination also applies to each and every grant or alleged grant by Eugene J. Colan of rights under copyright in and to the Works that falls within the applicable termination time window (defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination). Every reasonable effort has been made to find and list herein every such grant and/or transfer. Nevertheless, if any such grant and/or transfer has been omitted, such omission is unintentional and involuntary, and this Notice of Termination applies as well to each and every such omitted grant and/or transfer.

3

5.  Eugene J. Colan died on June 23, 2011. His surviving children, Nanci Solo and Erik Colan, are the persons entitled to exercise the termination right pursuant to 17 U.S.C. § 304(c)(2)(B), as to the grant(s) identified herein. This Notice has been signed by all persons needed to terminate said grant(s) under 17 U.S.C. § 304(c).

Dated: July 2, 2021

TOBEROFF & ASSOCIATES, P.C.

_/s/ Marc Toberoff_
Marc Toberoff

23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Tel: (310) 246-3333

As counsel for and on behalf of Nanci Solo and Erik Colan

4

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as NOTICE OF TERMINATION to be served this 2nd day of July, 2021, by First Class Mail, postage prepaid, upon each of the following:

To:  Marvel Entertainment, LLC  
     Marvel Worldwide, Inc.  
     Marvel Property, Inc.  
     Marvel Characters, Inc.  
     1290 Avenue of the Americas  
     New York, NY 10104  
     Attn: John Turitzin, Chief Counsel  
          Eli Bard, Deputy Chief Counsel

Marvel Studios, LLC  
MVL Rights, LLC  
MVL Development, LLC  
Marvel Characters, Inc.  
500 South Buena Vista Street  
Burbank, CA 91521  
Attn: David Galluzzi, Chief Counsel

The Walt Disney Company  
500 South Buena Vista Street  
Burbank, CA 91521  
Attn: Alan Braverman, General Counsel

Marvel Animation Inc.  
623 Circle Seven Drive  
Glendale, CA 91201  
Attn: Legal Department

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of July, 2021, at Malibu, California.

_____  
Breck Kadaba  
Toberoff & Associates, P.C.  
23823 Malibu Road, Suite 50-363  
Malibu, CA 90265

Counsel for Nanci Solo and Erik Colan

5