# EXHIBIT 2

Page 1

1

2   UNITED STATES DISTRICT COURT
    FOR THE SOUTHERN DISTRICT OF NEW YORK
3   Civil Action No.: 1:21-cv-05316-DG-TAM
    ----------------------------------------x
4   MARVEL CHARACTERS, INC.,
5                    Plaintiff,
6             - against -
7   NANCI SOLO and ERIK COLAN,
8                    Defendant.
    ----------------------------------------x
9   NANCI SOLO and ERIK COLAN,
10                   Counterclaimant,
11            - against -
12  MARVEL CHARACTERS, INC. and DOES 1-10
    inclusive,
13
14                   Counterclaim-Defendants.
    ----------------------------------------x
15                   October 28, 2022
                     8:11 a.m.
16
17        VIDEOTAPED DEPOSITION of NANCI SOLO,
18  pursuant to Federal Rule of Civil Procedure
19  30, held at the offices of O'Melveny &
20  Myers LLP, located at 7 Times Square, New
21  York, New York 10036, before Anthony
22  Giarro, a Registered Professional Reporter,
23  a Certified Realtime Reporter and a Notary
24  Public of the State of New York.
25

Page 2

1

2    A P P E A R A N C E S :

3

    O'MELVENY & MYERS LLP
4      Attorneys for Marvel Characters, Inc.
       1999 Avenue of the Stars, 8th Floor
5      Los Angeles, California 90067
       Telephone: (310) 553-6700

6

    BY:  MOLLY M. LENS, ESQ.
7        mlens@omm.com
         DANIELLE FEUER, ESQ.
8        dfeuer@omm.com
         SALVATORE J. COCCHIARO, ESQ.
9        scocchiaro@omm.com
         (via Zoom)
10       MATTHEW KAISER, ESQ.
         mkaiser@omm.com
11       (via Zoom)

12

13

14

15    TOBEROFF & ASSOCIATES, P.C.
       Attorneys for Keith Dettwiler
16     23823 Malibu Road, Suite 50-363,
       Malibu, California 90265

17

    BY:  MARC TOBEROFF, ESQ.
18       JAYMIE PARKKINEN, ESQ.
         (via Zoom)

19

20

21    ALSO PRESENT:

22               MARCELO RIVERA, Videographer
                 ELI BARD, Marvel
23               (via Zoom)

24

25

Page 3

1

2                    S T I P U L A T I O N S

3

4       IT IS HEREBY STIPULATED AND AGREED,

5   by and among counsel for the respective

6   parties hereto, that the filing, sealing

7   and certification of the within deposition

8   shall be and the same are hereby waived;

9        IT IS FURTHER STIPULATED AND AGREED

10  that all objections, except as to form of

11  the question, shall be reserved to the time

12  of the trial;

13       IT IS FURTHER STIPULATED AND AGREED

14  that the within deposition may be signed

15  before any Notary Public with the same

16  force and effect as if signed and sworn to

17  before the Court.

18            *      *      *

19

20

21

22

23

24

25

Page 74

1                          NANCI SOLO

2      Q        And, again, you responded in

3  the same exact manner; correct?

4      A        Yes.

5      Q        And is your response

6  accurate, Ms. Solo?

7      A        Yes.

8      Q        And you say that in all of

9  these responses, that you did a

10  reasonable inquiry?

11                What inquiry did you make?

12      A        In terms of having any

13  documents?

14      Q        Or any information.

15      A        I looked through all of the

16  belongings, papers that I put away in a

17  couple of boxes that I have in the house

18  and even went through photographs that

19  were in a separate box and didn't come

20  across anything, like a document or

21  written proof of any kind about -- about

22  any of the girls or their father.

23      Q        Leaving --

24      A        Or his first wife.

25      Q        Leaving aside documents, Ms.

1                    NANCI SOLO
2    Solo, what about the information that you
3    know as a result of being your father's
4    child?
5         A        What I know?
6                   MR. TOBEROFF:  Vague.
7         A        I know he had a first
8    marriage.  I did not know that until I
9    was an adult.  And I was told that there
10   were two girls that were then adopted
11   shortly after his divorce and that there
12   had been no contact.
13        Q        No contact between your
14   father and his first two children after
15   he divorced his first wife?
16        A        I just know that there were
17   two girls from that marriage.
18        Q        Who told you that?
19        A        My father did.
20        Q        And you knew that at the
21   time your father obviously told you that
22   he had two children with his first wife
23   who were adopted shortly after his
24   divorce; you knew that at the time that
25   you answered these requests for

Page 76

```
 1                    NANCI SOLO
 2   admissions this year; correct?
 3       A       Yes.
 4       Q       So why did you not put your
 5   information in the request for admission?
 6               MR. TOBEROFF:  Objection.
 7       You're asking a lay witness about a
 8       very legal document.
 9               MS. LENS:  I disagree.
10               MR. TOBEROFF:  I don't care.
11       A       I was asked for documents.
12   That was my understanding.  That's what
13   was being requested.
14       Q       How did you -- I'm sorry.
15   Please continue.
16       A       That's all.
17       Q       How did you come to the
18   understanding that these requests for
19   admissions were asking you whether you
20   had documents?
21       A       By reading what was written
22   and requested.
23       Q       It says, "Admit that."
24               It doesn't ask you, do you
25   have documents that prove that Jill
```

```
 1                    NANCI SOLO
 2   Kubicki is a biological child.  It asks
 3   you to admit that fact.
 4        A        I never knew that to be a
 5   fact, honestly, didn't know that to be a
 6   fact.  The circumstances of my father's
 7   first marriage sounded actually terrible.
 8   And I remember learning of it and
 9   wondering how he had no contact with two
10   girls that he may have brought into the
11   world.  And he had no pictures.  He had
12   nothing to show from it.
13                  And it actually struck me as
14   unusual and made me question whether or
15   not they were actually his.  His love was
16   for his art.  And I guess it kind of made
17   me realize a thing about him that wasn't
18   great, like, or just questioned what was
19   that connection, really?  Were they
20   really his?
21                  I just know that there were
22   two girls in that marriage.  And the way
23   it ended, in his words, was extremely
24   swift.  And she very quickly remarried.
25   It was what she wanted.  There was
```

Page 78

1                          NANCI SOLO

2    financial insecurity already in that

3    first marriage.  And she was highly

4    motivated to bring somebody else into her

5    life that would be able to financially

6    support them.  So biological

7    conversation, things like that, that

8    wasn't part of what was discussed.

9         Q       Well, your father told you

10   that he had two children with his first

11   wife?

12        A       He said that there were two

13   girls with his first wife.  And he had no

14   details, no pictures, no memories to

15   share with me about it.  He was very much

16   married to his work and remained so and

17   kind of removed from family -- family

18   interactions in general.

19        Q       Including with you and your

20   brother?

21        A       He was always present.  But

22   he was always working.

23        Q       And so, to your

24   understanding, your father essentially

25   abandoned his first two children from his

1                          NANCI SOLO

2      first marriage?

3                     MR. TOBEROFF:  Assumes

4          facts.

5          A          No.  It sounded like it was

6      a forced situation that his first wife

7      initiated.  He's not one to leave.

8          Q          Why don't you tell me, to

9      the best of your recollection, what

10     exactly your father told you about the

11     first two children that he had in his

12     first marriage.

13         A          Really nothing.  He told me

14     nothing.  I wanted information.  He had

15     nothing to tell me.

16         Q          You've since been in contact

17     with your half siblings, have you not?

18                    MR. TOBEROFF:  Assumes

19         facts.

20                    THE WITNESS:  Yeah.

21         A          We met a couple of times.

22         Q          So that's a yes?  You met

23     your half siblings; yes?

24         A          I met them a couple of

25     times, yes.

```
                                          Page 80
 1                     NANCI SOLO
 2        Q         And that is Jill Kubicki and
 3   Valerie Waldman?
 4        A         Yes.
 5        Q         And they shared your
 6   understanding that they were Gene Colan's
 7   biological children from his first
 8   marriage; correct?
 9                  MR. TOBEROFF:  Misstates her
10        testimony.
11        A         He was the father role.  I
12   don't even know, really, what more I can
13   say about his being their biological.
14   But he was their father role.  And he
15   then lost that.  Actually before the
16   divorce, his first wife made it
17   impossible for him to see them, turned
18   them against him.  That was his words.
19   And he couldn't fight it.  So he didn't.
20        Q         So it was your understanding
21   that your father Gene Colan wanted to
22   stay involved in Valerie Waldman's and
23   Jill Kabuki's lives, but their mother
24   Sally prevented him from doing so; that
25   was your understanding from your father?
```

```
                                          Page 81
 1                   NANCI SOLO
 2        A         My understanding was just
 3   that he was not able to see them, that it
 4   was always problematic and very upsetting
 5   to not only him, but the girls, that very
 6   shortly after the divorce, his first wife
 7   remarried, and he was asked to -- he
 8   signed legal documents for her second
 9   husband to legally adopt those girls.
10        Q         So your understanding from
11   your father is that his ex-wife Sally
12   remarried a man named Norman Bruce and
13   that after that remarriage, your father
14   consented to have Norman adopt the
15   children?
16        A         Yes.
17                  MR. TOBEROFF:  I think you
18        said Bruce.  It's Brust.
19        Q         You have no basis to believe
20   that Sally, his first wife, had an
21   affair?  You're not suggesting that, are
22   you, Ms. Solo?
23        A         I just don't know.
24        Q         But you have no basis to
25   suggest that she had an affair, do you?
```

Page 82

                                    NANCI SOLO

1
2       A        I have no basis either way.
3       Q        Let me ask it this way.
4                You have no basis to suggest
5   that -- what facts, if any, do you have
6   to suggest that his first wife had an
7   affair?  Are you making that suggestion
8   on the record under oath?
9                MR. TOBEROFF:  You could
10      answer.
11      A        I just don't know.  I just
12  don't know what I don't know.  And I
13  don't know that.
14      Q        Have you read the book
15  Secrets in the Shadows about your father?
16      A        I may have.  I don't know.
17  Was that one of the books?
18      Q        We'll see if we could
19  refresh your recollection.  It's actually
20  a book that you produced in this case.
21  It's Exhibit 58, a copy of the book,
22  Secret in the Shadows.
23               (The above-referred-to
24      document was marked as Exhibit 58 for
25      identification, as of this date.)

```
                                          Page 83
 1                         NANCI SOLO
 2        Q         Which is Bates Stamped
 3    COLAN99.  Full title of the book is
 4    Secret in the Shadows, the Art and Life
 5    of Gene Colan by Tom Field.
 6                   Now, it's obviously a
 7    photocopy of a book.  But this is the way
 8    that you produced it in the case.
 9                   Does this refresh your
10    recollection that you've read this book?
11        A         No.  I just don't know.
12        Q         Well, you said earlier, I
13    believe, that you were interested in
14    learning more about your father's earlier
15    life?
16        A         Yes.
17        Q         And so did you make it your
18    practice to read if there had been an
19    entire book published about his life?  Do
20    you think you would have read it?
21        A         Yes.  I believe I would
22    have.  I just don't know that I have or
23    that I -- I just don't remember.
24        Q         And given that this book was
25    produced by you -- and I'll represent to
```

Page 84

1                      NANCI SOLO

2    you that you're shown as the custodian of

3    the document, meaning it came from your

4    own files -- you wouldn't have a book

5    about your father at your house that you

6    hadn't read, would you?

7         A        No.

8                  MR. TOBEROFF:

9                  Argumentative.

10        A        I mean I would have read it

11   at some point.

12        Q        So let's turn to page --

13   well, it's page 55 of the book itself and

14   COLAN116.  Well, let's look at page 54

15   first which is the left-hand side of the

16   page.

17                 Do you see that it

18   reads, "Gene and Sally did, indeed,

19   marry.  And they settled down in an

20   apartment in Bronxville.  And before

21   long, they were the parents of two young

22   girls, Valerie and Jill, born in 1954 and

23   1957, respectively."

24                 Do you see that?

25        A        Yes.

```
                                        Page 85
 1                    NANCI SOLO
 2      Q        Now that you've seen that,
 3   do you recall reading that in this book,
 4   Secrets in the Shadows?
 5      A        No.  But I --
 6               MR. TOBEROFF:  Just --
 7               THE WITNESS:  Yeah.
 8      Q        I'm sorry.
 9               What were you going to say
10   before your attorney cut you off?
11               MR. TOBEROFF:  I didn't say
12      anything.
13               MS. LENS:  You did.
14               MR. TOBEROFF:  I was going
15      to.  And I didn't.  So don't
16      misrepresent.
17               MS. LENS:  It's interesting
18      because the record picked it up,
19      Mr. Toberoff.
20      A        I don't recall reading that
21   highlighted part.  But that picture looks
22   familiar to me.
23      Q        And you're looking at the
24   picture on the next page which shows a
25   picture of two little girls in a bathtub.
```

```
 1                    NANCI SOLO
 2   And it's entitled First Born, Colan's
 3   Daughters, Valerie and Jill, from his
 4   first marriage, Circa 1958; right?
 5        A        I see that.
 6        Q        And this book, Secret in the
 7   Shadows, was a book that your parents
 8   participated in the writing of; right?
 9                 MR. TOBEROFF:   Assumes
10      facts, lacks foundation.
11        Q        You nodded yes; correct?
12        A        I don't know for a fact that
13   they participated in it.
14        Q        You don't recall your
15   parents telling you that they were
16   working with Tom Field on this book, on
17   your father's life?
18        A        No.  I don't recall that.
19        Q        And you see on the first
20   tab, on page 5 of the book, Bates Stamped
21   COLAN101, you can see that the author
22   thanks Adrienne and Gene Colan for
23   opening their archives, their lives and
24   their hearts to him?
25        A        I see that.
```

```
                                        Page 87
 1                     NANCI SOLO
 2        Q         Does that help refresh your
 3    recollection that your parents
 4    participated in the creation of this book
 5    about your father?
 6                   MR. TOBEROFF:   Lacks
 7        foundation, assumes facts.
 8        A         I just don't recall their
 9    participation.
10        Q         Do you recall that your
11    mother gave an interview for the purposes
12    of this book?
13        A         I don't recall their
14    participation in this interview
15    personally.
16        Q         We're going to get one of
17    the videos back up.
18                   Could we borrow Exhibit 38
19    from you, just the CD?  We need to play
20    the CD again.
21                   (Whereupon, at this time, a
22    video was played.)
23        Q         So you saw in this
24    interview, your father was discussing the
25    Secret in the Shadows book, the same book
```

1                    NANCI SOLO

2    that we've marked as Exhibit 58?

3        A        Yes.

4        Q        And you see that he agreed

5    that it told all about his life; correct?

6                 MR. TOBEROFF:  Okay -- okay.

7        A        I don't really know that

8    that's what he said.  Is that what he

9    said?  I don't know if that's what he

10   said.

11       Q        Well, you could look at the

12   certified transcript, if you want, which

13   is Exhibit 39, which is in front of you,

14   or we could have it played again.  It's

15   not a trick question.

16                 MR. TOBEROFF:  Replay that

17       portion about the book again.

18                 MS. LENS:  Sure.  You also

19       have the transcript if you would like

20       to follow along.

21                 MR. TOBEROFF:  That looks

22       like a different cover.

23                 MS. LENS:  Don't.

24                 (Whereupon, at this time, a

25       video was played.)

Page 89

1                          NANCI SOLO

2        A        Yes.

3        Q        So you would agree with me

4   that your father agreed that the book,

5   Secret in the Shadows by Tom Field, tells

6   all about his life; correct?

7                     MR. TOBEROFF:  Misstates the

8        record.

9                     MS. LENS:  It doesn't.

10       Q        You can answer, Ms. Solo.

11       A        He agreed that the book told

12   his story.

13       Q        And, in fact, the

14   interviewer asked him again:

15                     "QUESTION:  And this tells

16       your entire history?

17                     "ANSWER:  Gene Colan:

18       Everything.

19                     "QUESTION:  It's a really

20       terrific book?

21                     "ANSWER:  Gene Colan, yes."

22       Q        You heard that; correct?

23       A        Yes.

24       Q        Let's go back to Exhibit 57,

25   please, which is your answers to the

Page 90

```
 1                         NANCI SOLO
 2    requests for admission.
 3                   If we can turn to Request
 4    for Admission 7, you see that request for
 5    admission asked you to admit that Gene
 6    Colan had four biological children.  Do
 7    you see that?
 8          A       Yes.
 9          Q       And you answered that you
10    don't currently possess any documents
11    that address this subject and that the
12    information is not within the present
13    knowledge of defendants' agents and that
14    after reasonable inquiry, the information
15    that you know or can reasonably obtain is
16    insufficient to enable to fully admit or
17    deny this request.  Notwithstanding the
18    above, defendant admits that Gene Colan
19    had two biological children.
20                   And you identified yourself
21    and your brother, Erik Colan, and then as
22    to the remainder of the request, you
23    denied it.  You see that?
24          A       Yes.
25          Q       And do you believe that's
```

```
                                        Page 91

 1                    NANCI SOLO
 2   accurate?
 3        A       Yes.
 4        Q       How do you know that you're
 5   the biological child of Gene Colan?
 6        A       I have a birth certificate.
 7   I think we're the same blood type.  No.
 8   I don't have any reason to believe
 9   otherwise.  I look like him and his
10   mother.
11        Q       He told you that he was your
12   father; correct?
13        A       Yes.
14        Q       Just like he told you that
15   he was the father of the children from
16   his first marriage; correct?
17        A       There were two girls from
18   his first marriage.  That's the way I
19   understood it, that there were two girls
20   from his first marriage.  I don't know
21   that they were biological.  I just know
22   that there were two girls from the first
23   marriage, that they were very young, and
24   they were adopted very shortly after they
25   divorced.  And that's the extent of what
```

Page 92

                              NANCI SOLO

1    I know.

2    Q        Ms. Solo, I don't want

3    belabor this point.

4              But is it your testimony

5    that your father didn't tell you that he

6    was the father of those two girls from

7    his first marriage?  He told you that he

8    was their father, did he not?

9              MR. TOBEROFF:

10             Argumentative, asked and

11        answered.

12   A        He said that there were two

13   girls from his first marriage.

14   Q        Your father understood that

15   he was their father, did he not?  That's

16   why --

17   A        I don't know.  I don't know.

18   Q        Do you consider -- when you

19   met them, did you consider Valerie and

20   Jill to be your half sisters?

21   A        I embraced these two girls

22   that were part of his first marriage as

23   my parents did.  And biology didn't

24   really come into the equation.  It seemed

```
                                              Page 93
 1                        NANCI SOLO
 2   like a very strained and strange parting
 3   of a female that I never really got
 4   adequate details about.
 5         Q        Do you have any
 6   understanding if Gene Colan, your father,
 7   wasn't the biological father of Jill and
 8   Valerie, why he would have to consent to
 9   their adoption?
10                  MR. TOBEROFF:  Calls for a
11      legal conclusion.
12         A        Just based on that
13   information, it would seem that he felt
14   legally responsible for them at the time,
15   but not necessarily their biological
16   father, just that he was legally
17   responsible for them at the time.
18         Q        Just to be clear, Ms. Solo,
19   did your father ever tell you that he
20   wasn't the biological father of Valerie
21   and Jill?
22         A        We never had a conversation
23   about biological.
24         Q        So the answer -- your father
25   never told you or suggested that he
```

Page 94

1                     NANCI SOLO

2   wasn't the biological father of Jill and

3   Valerie; isn't that true?

4        A       I don't recall him saying

5   anything like that.

6        Q       Thank you.

7                When you met Valerie and

8   Jill, did you meet Valerie's child

9   Rachel?

10       A       One time when -- one of the

11  two times I saw her, Valerie was in town

12  and so was her daughter.  And I met her

13  briefly.

14       Q       Her daughter Rachel Waldman;

15  is that correct?

16       A       Yes.

17       Q       Are you aware that Valerie

18  Waldman has passed away?

19       A       Yes.

20       Q       And you're aware that

21  Valerie's child Rachel Waldman is still

22  living; correct?

23       A       I don't know.

24       Q       You don't know, one way or

25  the other?

Page 95

```
 1                      NANCI SOLO
 2        A        Correct.
 3        Q        When your father passed
 4   away, did you reach out to Valerie and
 5   Jill to let them know that?
 6        A        I don't recall.  But -- I
 7   don't recall reaching out.  But I
 8   remember Val being at his funeral.
 9        Q        How did you introduce Val to
10   anyone?  Did you introduce Valerie to
11   anybody at the funeral?
12        A        I don't recall what
13   introductions I made on that day.
14        Q        Do you recall that you --
15   that Valerie -- strike that.
16                 Do you recall that both
17   Valerie and Jill had to submit waivers in
18   order for you to be able to be appointed
19   the administrator or the executor of your
20   father's estate?
21        A        Yes.
22        Q        And that was because they
23   were children of Gene Colan; correct?
24                 MR. TOBEROFF:  Calls for a
25      legal conclusion.  You could answer.
```

Page 96

1                    NANCI SOLO

2       A        They were daughters in his

3   first marriage.

4       Q        Do you recall that you

5   affirmed under oath that Valerie and

6   Jill -- Valerie Waldman and Jill Kubicki

7   were the daughters of Gene Colan when you

8   applied to be appointed the administrator

9   or executor of your father's estate?

10      A        I just recall that they were

11  two girls from his first marriage, and

12  that is what brought them into that as a

13  result of there being an issue with his

14  will.

15               MS. LENS:  Could I have the

16      question read back, please?  I'm

17      going to move to strike as

18      non-responsive.

19               (The requested portion was

20      read back by the court reporter.)

21               MR. TOBEROFF:  Asked and

22      answered.  You could answer again.

23      A        I just don't remember it in

24  that way.  I recall that he had two

25  daughters from his first marriage.  And

Page 97

1                    NANCI SOLO

2    therefore, they had to be included in

3    whatever happens when a will has to go

4    into probate or something like that.

5    Something like that happened.  And a will

6    was considered invalid.  And we needed

7    their signatures because he at one time

8    was their legal parent, father.

9         Q        Do you have a copy of your

10   father's will that was declared to be

11   invalid?

12        A        I don't know.

13        Q        Do you have an understanding

14   of why it was declared to be invalid?

15        A        Yes.

16        Q        What is that?

17        A        I recall the lawyer asking

18   me to send him a copy.

19               MR. TOBEROFF:  Don't -- I'm

20        just advising you.  I don't know if

21        you're about to.  But if you had a

22        lawyer, don't testify as to your

23        conversations with a lawyer.

24               THE WITNESS:  Okay.

25               MR. TOBEROFF:  Or anything

Page 98

                        NANCI SOLO

1

2       you learned from the lawyer.

3           A       It was deemed invalid

4    because a staple was removed.  That's

5    what I was told.

6           Q       Who were the beneficiaries

7    in your father's will that was deemed

8    invalid?

9           A       My mother who was alive at

10   the time, myself and my brother and then

11   Valerie, her two children, she had two,

12   one has passed, Jill and my three

13   children.

14          Q       Did you tell Jill and

15   Valerie that they, as well as Valerie's

16   children, were named in your father's

17   will?

18          A       I don't recall.  But I would

19   have no reason not to tell her.

20          Q       Did the will describe your

21   father's relation to Valerie and Jill?

22          A       I don't recall.

23                  MS. LENS:  Marc, I think

24       we've already requested it.  But to

25       be clear, we need a copy of the will,

Page 159

```
 1                        NANCI SOLO
 2   electronic signature on behalf of you and
 3   your brother.
 4                  So if we look at the
 5   highlighted portion on page 4, you can
 6   see that Mr. Toberoff
 7   writes, "Defendants -- meaning you and
 8   your brother -- were, thus, surprised by
 9   Marvel's assertions in its letter
10   regarding two children, Valerie, now
11   deceased, and Jill, Gene Colan had with
12   his first wife Sally after the couple's
13   divorce decades ago.  Sally renamed
14   Norman Brust, who legally adopted Valerie
15   and Jill in New York.  This legal
16   adoption vitiated Valerie and Jill's
17   status as Gene Colan's children and with
18   it, any interests under the act's
19   termination provisions."  Do you see
20   that?
21       A       I do.
22       Q       And did you provide that
23   information to Mr. Toberoff?
24                  MR. TOBEROFF:  Vague.
25       A          I provided the information
```

Page 160

```
 1                    NANCI SOLO
 2   that I know, what I actually know.
 3        Q        And you are not taking the
 4   position that Mr. Toberoff's
 5   representations to the court on your
 6   behalf are inaccurate, are you?
 7                    MR. TOBEROFF:  Lacks
 8        foundation.  You could answer.
 9        A        No.
10        Q        Ms. Solo, you understand
11   that -- do you understand that Marvel
12   commenced this lawsuit after you and your
13   brother caused purported termination
14   notices to be served on it?
15        A        Yes.
16        Q        And do you understand that
17   Marvel did so to have the court declare
18   that the termination notices that you
19   served were invalid; correct?
20        A        Say that again.
21        Q        It wasn't a very good
22   question.  I'll try it again.
23                    Do you understand that
24   Marvel's complaint that was filed against
25   you and your brother seeks to have the
```

Page 179

1

2                    C E R T I F I C A T I O N

3

4

5          I, ANTHONY GIARRO, a Shorthand

6    Reporter and a Notary Public, do hereby

7    certify that the foregoing witness, NANCI

8    SOLO, was duly sworn on the date indicated,

9    and that the foregoing, to the best of my

10   ability, is a true and accurate

11   transcription of my stenographic notes.

12          I further certify that I am not

13   employed by nor related to any party to

14   this action.

15

16

17

                     _____

18                    ANTHONY GIARRO

19

20

21

22

23

24

25