# EXHIBIT 3

Gene Colan

This view brings up all related files. Use the arrows keys to the right to switch between records.
Double-click on a Party name to view personal info.
Double-click on Attorney name to view Attorney info.

Record# 1 of 1

File# 2011-3393 | File Name Eugene Colan | Estate/FileAttorney David M. Edelblum
Proceeding Administration Petition | Judge Diana A Johnson | Disposed 10-05-2011
Letters Issued 10-05-2011 | Letters Letters Of Administration With Limitations | Estate Closed N

| Party Name | Party Role | DOD | Appointed | Discharged |
|---|---|---|---|---|
| Colan, Eugene | DECEDENT | 06-23-2011 | 00-00-0000 | 00-00-0000 |
| Solo, Nanci | ADMINISTRATOR | 00-00-0000 | 10-05-2011 | 00-00-0000 |

Double-click on the 'Y' under the column 'SCAN' to view the image.

| Scan | Document | Comments | Qty | Doc Filed | Signed Date |
|---|---|---|---|---|---|
| Y | ADMINISTRATION PETITION | | 1 | 09-12-2011 | 00-00-0000 |
| Y | AFFIDAVIT OF ASSETS & LIABILITIES | | 1 | 09-12-2011 | 00-00-0000 |
| Y | CLERK LETTER | | 2 | 09-12-2011 | 00-00-0000 |
| Y | DEATH CERTIFICATE | | 1 | 09-12-2011 | 00-00-0000 |
| Y | FUNERAL BILL COPY | | 1 | 09-12-2011 | 00-00-0000 |
| Y | WAIVER, RENUNCIATION AND CONSENT | | 3 | 09-12-2011 | 00-00-0000 |
| Y | DECREE GRANTING ADMINISTRATION | | 1 | 10-05-2011 | 10-05-2011 |
| N | RECORD ANY INSTRUMENT, DECREE OR PAPER REQU | | 1 | 07-03-2017 | 00-00-0000 |

Court Appearances

| Court Date | Case # | Purpose | Judge |
|---|---|---|---|

EXHIBIT
56

2021MARVEL-0114548

Gene Colan

This view brings up all related files. Use the arrow keys to the right to switch between records.
Double-click on a Party name to view personal info.
Double-click on Attorney name to view Attorney info.

Record# 1 of 1

File# 2011-3393 File Name: Eugene Colan Estate/File Attorney: David McEdelnum
Proceedings: Administration Petition Judge: Diana A Johnson Disposed: 10-05-2011
Letters issued: 10-05-2011 Letters: Letters Of Administration With Limitations Estate Closed: N

| Party Name | Party Role | DOD | Appointed | Discharged |
|---|---|---|---|---|
| Colan, Eugene | DECEDENT | 06-23-2011 | 00-00-0000 | 00-00-0000 |
| Solo, Nanci | ADMINISTRATOR | 00-00-0000 | 10-05-2011 | 00-00-0000 |

Double-click on the 'Y' under the column 'SCAN' to view the image.

| Scan | Document | Comments | Qty | Doc Filed | Signed Date |
|---|---|---|---|---|---|
| Y | CLERK LETTER | | 2 | 09-12-2011 | 00-00-0000 |
| Y | DEATH CERTIFICATE | | 1 | 09-12-2011 | 00-00-0000 |
| Y | FUNERAL BILL COPY | | 1 | 09-12-2011 | 00-00-0000 |
| Y | WAIVER, RENUNCIATION AND CONSENT | | 3 | 09-12-2011 | 00-00-0000 |
| Y | DECREE GRANTING ADMINISTRATION | | 1 | 10-05-2011 | 10-05-2011 |
| N | RECORD ANY INSTRUMENT, DECREE OR PAPER REQU | | 1 | 07-03-2017 | 00-00-0000 |
| Y | RETAINER AGREEMENT | | 1 | 07-03-2017 | 00-00-0000 |

Court Appearances

| Court Date | Case # | Purpose | Judge |
|---|---|---|---|

Gene Colan

SCANN

For Office Use Only
Filing Fee Paid $ 400.00
Certs $
$ Bond, Fee
Receipt No: No:

DO NOT LEAVE ANY ITEMS BLANK

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF: Kings

ADMINISTRATION PROCEEDING
Estate of Eugene Colan

a/k/a

Deceased

PETITION FOR LETTERS OF:
[X] Administration
[ ] Limited Administration
[ ] Administration with Limitations
[ ] Temporary Administration
File No. 2011-3393

TO THE SURROGATE'S COURT, COUNTY OF Kings

It is respectfully alleged:

1. The name, domicile and interest in this proceeding of the petitioner, who is of full age, is as follows:

Have you ever been convicted of a felony Yes [ ] No [X]

Name: Nanci Solo

Domicile: 1871 Marine Parkway (Street Address) Brooklyn (City/Town/Village)

Kings (County) New York (State) 11234 (Zip) (718)336-3160 (Telephone Number)

Mailing address is: (If different from domicile)

Citizenship (check one): [X] U.S.A. [ ] Other (specify)

Interest of Petitioner (check one):
[X] Distributee of decedent (state relationship) daughter
[ ] Other (specify)

Is proposed Administrator an attorney? [ ] Yes [X] No [If yes, submit statement pursuant to 22 NYCRR 207.16(e); see also 207.52 (Accounting of attorney-fiduciary).]

2. The name, domicile, date and place of death, and national citizenship of the above-named decedent are as follows: [The Death Certificate must be filed with this proceeding. If the decedent's domicile is different from that shown on the death certificate, check box [ ] and attach an affidavit explaining the reason for this inconsistency.]

Name: Eugene Colan
Domicile: 2240 Burnett Street (Street Number) Brooklyn (City, Village/Town)
New York (State) 11229 (Zip Code)

Township of: County of: Kings

Date of Death: June 23, 2011 Place of Death: Calvary Hospital, Bronx

Citizenship: (check one) [X] U.S.A. [ ] Other (specify)

A-1 (12/98) -1-

**[Note: For items 3a through e: Do not include any assets that are jointly held, held in trust for another, or have a named beneficiary.]**

3.(a) The estimated gross value of the decedent's personal property passing by intestacy is less than $ 250,000

(b) The estimated gross value of the decedent's real property, in this state, which is [ ] improved, [ ] unimproved, passing by intestacy is less than $ 0

A brief description of each parcel is as follows:

(c) The estimated gross rent for a period of eighteen (18) months is the sum of $ 0

(d) In addition to the value of the personal property stated in paragraph (3) the following right of action existed on behalf of the decedent and survived his/her death, or is granted to the administrator of the decedent by special provision of law, and it is impractical to give a bond sufficient to cover the probable amount to be recovered therein: **[Write "NONE or state briefly the cause of action and the person against whom it exists, including names and carrier].**

None

(e) If decedent is survived by a spouse and a parent or parents but no issue, and there is a claim for wrongful death, check here [ ] and furnish names(s) and address(es) of parent(s) in Paragraph 7. See EPTL 5-4.4.

4. A diligent search and inquiry, including a search of any safe deposit box, has been made for a will of the decedent and none has been found. Petitioner(s) (has) (have) been unable to obtain any information concerning any will of the decedent and therefore allege(s), upon information and belief, that the decedent died without leaving any last will.

5. A search of the records of this Court shows that no application has ever been made for letters of administration upon the estate of the decedent or for the probate of a will of the decedent, and your petitioner is informed and verily believes that no such application ever has been made to the Surrogate's Court of any other county of this state.

6. The decedent left surviving the following who would inherit his/her estate pursuant to EPTL 4-1.1 and 4-1.2:

a. [No] Spouse (husband/wife).

b. [4] Child or children or descendants of predeceased child or children. **[Must include marital, nonmarital and adopted].**

c. [X] Any issue of the decedent adopted by persons related to the decedent (DRL Section 117)

d. [X] Mother/Father.

e. [X] Sisters or brothers, either of whole or half blood, and issue of predeceased sisters or brothers.

f. [X] Grandmother/Grandfather.

g. [X] Aunts or uncles, and children of predeceased aunts and uncles (first cousins)

h. [X] First cousins once removed (children of first cousins).

[Information is required only as to those classes of surviving relatives who would take the property of decedent pursuant to EPTL 4-1.1. State "number" of survivors in each class. Insert "No" in all prior classes. Insert "X" in all subsequent classes]

Gene Colan

7. The decedent left surviving the following distributees, or other necessary parties, whose names, degrees of relationship, domiciles, post office address and citizenship are as follows:

[Note: Show clearly how each person is related to decedent. If relationship is through an ancestor who is deceased, give name, date of death, and relationship of the ancestor to the decedent. Use rider sheet if space in paragraph (7) is not sufficient. See Uniform Rules 207.16(b).
If any person listed in paragraph (7) is a nonmarital person, or descended from a nonmarital person, attach a copy of the order of filiation or Schedule A. If any person listed in paragraph (7) was adopted by any persons related by blood or marriage to decedent or descended from such persons, attach Schedule B].

7a. The following are of full age and under no disability: [If nonmarital or adopted-out person, so indicate by attaching Schedule A and/or B]

| Name | Relationship | Domicile and Mailing Address | Citizenship |
|---|---|---|---|
| Nanci Solo | daughter | 1871 Marine Parkway, Brooklyn, NY 11234 | USA |
| Erik Colan | son | 585 Prospect Place, Apt. 11G, Brooklyn, NY 11238 | USA |
| Valerie Waldman | daughter | 1822 Trebor Court, Lutherville, MD 21093 | USA |
| Jill Kubicki | daughter | 27 Golf View Dr., Princeton, NJ 08540 | USA |

7b. The following are infants and/or persons under disability: [Attach applicable Schedule A, B, C, and/or D]

| Name | Relationship | Domicile and Mailing Address | Citizenship |
|---|---|---|---|
| NONE | | | |

8. There are no outstanding debts or funeral expenses, except [Write "NONE" or state same]
Mortgage debt of $100,000 and owed to JP Morgan Chase Bank
Jewish Memorial Chapel $3,700
Burial Monuments $6,000
Mt. Sinai Hospital $900
Weil Cornell Medical Center $43.46
Dental Bill $125

Gene Colan

9. There are no other persons interested in this proceeding other than those hereinbefore mentioned.

WHEREFORE, your petitioner respectfully prays that: [Check and complete all relief requested]

(X) a. process issue to all necessary parties to show cause why letters should not be issued as requested;

(X) b. an order be granted dispensing with service of process upon those persons named in Paragraph (7) who have a right to letters prior or equal to that of the person nominated, and who are non-domiciliaries or whose names or whereabouts are unknown and cannot be ascertained;

(X) c. a decree award Letters of:

[X] Administration to Nanci Solo
[ ] Limited Administration to
[ ] Administration with Limitation to
[ ] Temporary Administration to

or to such other person or persons having a prior right as may be entitled thereto, and;

( ) d. That the authority of the representative under the forgoing Letters be limited with respect to the prosecution or enforcement of a cause of action on behalf of the estate, as follows: the administrator(s) may not enforce a judgment or receive any funds without further order of the Surrogate.

( ) e. That the authority of the representative under the foregoing Letters be limited as follows:

( ) f. [State any other relief requested.]

Dated: August 26 2011

1. [signature] (Signature of Petitioner)

Nanci Solo
(Print Name)

2. (Signature of Petitioner)

(Print Name)

2021MARVEL-0114553

Gene Colan

STATE OF NEW YORK )
) ss:
COUNTY OF Kings )

**COMBINED VERIFICATION, OATH AND DESIGNATION**
[For use when petitioner is to be appointed administrator]

I, the undersigned the petitioner named in the foregoing petition, being duly sworn, say:

1. VERIFICATION: I have read the foregoing petition subscribed by me and know the contents thereof, and the same is true of my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true.

2. OATH OF ADMINISTRATOR as indicated above: I am over eighteen (18) years of age and a citizen of the United States; and I will well, faithfully and honestly discharge the duties of Administrator of the goods, chattels and credits of said decedent according to law. I am not ineligible to receive letters and will duly account for all moneys and other property that will come into my hands.

3. DESIGNATION OF CLERK FOR SERVICE OF PROCESS: I do hereby designate the Clerk of the Surrogate's Court of Kings County, and his/her successor in office, as a person on whom service of any process, issuing from such Surrogate's Court may be made in like manner and with like effect as if it were served personally upon me, whenever I cannot be found and served within the State of New York after due diligence used.

My domicile is: 1871 Manne Parkway (Street/Number) Brooklyn (City, Village/Town) NY (State) 11234 (Zip)

Signature of Petitioner

On the 26 day of August, 2011, before me personally came NANCI SOLO

to me known to be the person described in and who executed the foregoing instrument. Such person duly swore to such instrument before me and duly acknowledged that he/she executed the same.

Notary Public
Commission Expires:
(Affix Notary Stamp or Seal)

Kings
6/30/15

Signature of Attorney
Print Name: David M. Edelblum, Esq.
Firm Name: Feingold and Edelblum, LLC Tel. No.: (516) 338-1720
Address of Attorney: 821 Franklin Avenue, Suite 203, Garden City, New York 11530

Gene Colan

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

Administration Proceeding
Estate of Eugene Colan
a/k/a
, Deceased

AFFIDAVIT OF ASSETS & LIABILITIES
(To dispense with filing of bond/SCPA 805)

File No. 2011-3393

STATE OF NEW YORK )
ss.:
COUNTY OF KINGS )

I the undersigned being duly sworn, depose and says: I have personal knowledge as to the assets, debts and/or liabilities of the estate of the decedent. The assets of the estate, including real and/or personal property held solely by the decedent consist of: (Please specify and itemize the details of each asset, eg. Bank Name, Account type and gross value, Type of Real Property, address and gross value. Use attachments if more space is required.)

Chase Bank - Checking and Savings - $100
Coop. Apt. - $200,000
Located at - 2260 Burnett Street, Apt. #5D, Brooklyn, NY 11229

The decedent or the decedent's estate will liable for the following debts: (Indicate AMOUNT DUE or answer "NONE")

1. Current & back rent or charges due on any lease or apartment — $2,100
2. Amount of outstanding mortgages — $100,000
3. Amount of outstanding notes — none
4. Amount of any judgments held against the decedent or their estate — none
5. Liability on any bond on which the decedent was a party — none
6. Federal income taxes due — none
7. New York and/or City income taxes due — none
8. Real Estate taxes due — none
9. Federal estate taxes due (if exempt, so state) — exempt
10. New York State estate taxes due (if exempt, so state) — exempt
11. Amount of outstanding hospital expenses, medical & doctor bills due — $1,068.46
12. Monies due to nursing homes or other medical services — none
13. Amount of funeral expenses paid ( attach copy of paid funeral bill) — $5,740.35
14. Amount of funeral expenses still outstanding — none

ADMINISTRATION 2011 SEP 28

15. Itemize and specify amount of any miscellaneous expenses payable (i.e. credit card , utility bills, insurance premiums, etc. use attachments if more space is required.)

American Express $70

16. At the time of death, was the decedent engaged in any business? No Employed? No Retired? Yes
17. Amount of outstanding business liabilities payable by the decedent or the decedent's estate none
18. Amount of any Federal, State or City relief which the decedent or any of the Distributees ever received none

Except as otherwise stated above, neither the decedent nor the estate is liable for any outstanding debts or claims. All creditors of the estate have been paid in full. Attached are acknowledged consents from all interested parties of the estate that the filing of a bond be dispensed with by this court. (It is necessary to submit evidence of all payments made as well as copies of the paid funeral bills.)

9/15/11 — Date

[signature] — Signature

[signature] — Notary Public

[initials] 4/30/15

2021MARVEL-0114555

Gene Colan

2011-3393

# FEINGOLD & EDELBLUM, LLC
Attorneys At Law

Cal R. Feingold (NJ & NY)
cfeingold@fetaxlaw.com

David M. Edelblum (NJ & NY)
dedelblum@fetaxlaw.com

Jennifer E. Tenchine (NJ & NY)
jtenchine@fetaxlaw.com

Jane I. Glozzy (NJ & RI)
jglozzy@fetaxlaw.com

September 9, 2011

Via Hand Delivery
Kings County Surrogate
2 Johnson Street
Brooklyn, NY 11201

Re: Estate of Eugene Colan

Dear Sir or Madam:

Enclosed for filing with respect to the above estate please find the following documents:

1. Petition for Letters of Administration.

2. Family Tree.

3. Notice of Application for Letters of Administration.

4. Waiver of Citation, Renunciation and Consent to Appointment of Administrator of: (a) Erik Colan; (b) Valerie Waldman; and (c) Jill Kubicki.

5. Affidavit of Regularity.

6. Affidavit of Heirship.

Also enclosed please find our check made payable to the "Kings County Surrogate's Court" in the amount of $444.00 ($420.00 probate fee plus 4 Letters of Trusteeship at $6.00 each).

Once the Order is signed by the Surrogate, please forward Letters of Administration to our office in the enclosed courtesy envelope.

Thank you.

Very truly yours,

David M. Edelblum

DME:rn
Enclosures

821 FRANKLIN AVENUE • SUITE 203 • GARDEN CITY • NEW YORK 11530
TELEPHONE (516) 338-1720

Gene Colan

**JEWISH MEMORIAL CHAPEL**
841 ALLWOOD ROAD
Clifton, NJ 07012
(973)7793048

ATTN: NANCY SEGO

September 15, 2011

Mr. Erik Colan
565 Prospect Place
Brooklyn, NY 11238

The Funeral Service for Eugene Jules Colan

We sincerely appreciate the confidence you have placed in us and will continue to assist you in every way we can. Please feel free to contact us if you have any questions in regard to this statement.

THE FOLLOWING IS AN ITEMIZED STATEMENT OF THE SERVICES, FACILITIES, AUTOMOTIVE EQUIPMENT, AND MERCHANDISE THAT YOU SELECTED WHEN MAKING THE FUNERAL ARRANGEMENTS.

| Item | Amount |
|---|---|
| **Professional Service** | |
| Basic Services of Funeral Director and Staff | 950.00 |
| Ritual Preparation (Taharah) | 250.00 |
| Watcher per day | 150.00 |
| **Total Professional Service** | 1,350.00 |
| **Facilities & Equipment** | |
| Graveside Service | 400.00 |
| Sheltering & Refridgeration per day | 250.00 |
| **Total Facilities & Equipment** | 650.00 |
| **Automotive Equipment** | |
| Transfer Remains to Funeral Home | 440.00 |
| Hearse | 300.00 |
| **Total Automotive Equipment** | 740.00 |
| **Merchandise** | |
| Unfinished Plain Pine | 760.00 |
| Clothing | 125.00 |
| Memorial Package | 35.00 |
| **Total Merchandise Selected** | 920.00 |

AT THE TIME FUNERAL ARRANGEMENTS WERE MADE, WE ADVANCED CERTAIN PAYMENTS TO OTHERS AS AN ACCOMMODATION. THE FOLLOWING IS AN ACCOUNTING FOR THOSE CHARGES:

| Item | Amount |
|---|---|
| **Cash Advances** | |
| King Solomon Cemetery | 1,775.00 |
| Certified Copies of Death Certificate | 60.00 |
| New York State Permit | 40.00 |
| UPS Copies of Death Certificate | 10.00 |
| Gratuities | 100.00 |
| New York Filing Fee | 75.00 |
| Fed X-press of DC's to FH | 20.55 |
| **Total Cash Advances** | 2,080.55 |
| SUB-TOTAL | 5,740.55 |
| INITIAL PAYMENT DISCOUNT CREDITS | 5,740.55 |
| TOTAL AMOUNT DUE | 0.00 |

ADMIN'S 2011 SEP 28 A 9:11

Gene Colan

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF Kings

ADMINISTRATION PROCEEDING
Estate of Eugene Colan

a/k/a
Deceased.

WAIVER OF CITATION, RENUNCIATION AND CONSENT TO APPOINTMENT OF ADMINISTRATOR (INDIVIDUAL)

File No.: 2011-3395

The undersigned, a distributee or creditor of the above-named decedent and being of full age and sound mind hereby voluntarily appears in the Surrogate's Court of Kings County, New York and waives the issuance and service of citation in this matter, renounces all right to Letters of Administration of the above captioned estate and consents that

[X ] Letters of Administration
[ ] Letters of Administration with Limitations
[ ] Limited Letters of Administration

be issued to Nanci Solo
or any other person or persons entitled thereto without any notice whatsoever to the undersigned, and consents

[X ] that a bond be dispensed with and hereby specifically release any claim I might have under any bond that may be filed
[ ] that a bond in the amount of $ __________ be posted.

8/25/2011 [signature] 1622 Trebor Court child
Date Signature Street Address Relationship

Valerie Waldman Lutherville, MD 21093
Print Name Town/State/Zip

STATE OF ~~NEW YORK~~ Maryland
COUNTY OF ~~Kings~~ Baltimore ss.

On August 25th 2011 before me personally appeared Valerie Waldman

to me known and known to me to be the person described in and who executed the foregoing waiver and consent and each duly acknowledged the execution thereof.

[signature: Catherine Vickery]
Notary Public
Commission Expires
(Affix Stamp or Seal)

CATHERINE VICKERY NOTARY PUBLIC BALTIMORE CO. MD

CATHERINE VICKERY
Notary Public, State of Maryland
County of Baltimore
My Commission Expires October 24, 2012

David M. Edelblum, Esq.
Name of Attorney

821 Franklin Ave., Suite 203
Address

Garden City, New York 11530

(516) 338-1720
Telephone No.

A-8

Gene Colan

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF Kings

ADMINISTRATION PROCEEDING
Estate of Eugene Colan

a/k/a
Deceased.

WAIVER OF CITATION, RENUNCIATION AND CONSENT TO APPOINTMENT OF ADMINISTRATOR (INDIVIDUAL)

File No. 2011-3393

The undersigned, a distributee or creditor of the above named decedent and being of full age and sound mind hereby voluntarily appears in the Surrogate's Court of Kings County, New York and waives the issuance and service of citation in this matter, renounces all right to Letters of Administration of the above captioned estate and consents that

[X ] Letters of Administration
[ ] Letters of Administration with Limitations
[ ] Limited Letters of Administration

be issued to Nanci Solo
or any other person or persons entitled thereto without any notice whatsoever to the undersigned, and consents

[X ] that a bond be dispensed with and hereby specifically release any claim I might have under any bond that may be filed
[ ] that a bond in the amount of $ ______ be posted.

9/1/11 — Date
[signature] — Signature
27 Golf View Drive — Street Address
child — Relationship
Jill Kubicki — Print Name
Princeton, NJ 08540 — Town/State/Zip

STATE OF NEW ~~YORK~~ Jersey
COUNTY OF ~~Kings~~ Mercer ss.: Princeton

On 1st Sept 2011 before me personally appeared Jill Kubicki

to me known and known to me to be the person described in and who executed the foregoing waiver and consent and each duly acknowledged the execution thereof

[signature] 9/1/11
Notary Public
Commission Expires Sept 01, 2015
(Affix Stamp or Seal)

JAYSHREE B. PATEL
Commission # 2332508
Notary Public, State of New Jersey
My Commission Expires
September 01, 2015

David M. Edelblum, Esq.
Name of Attorney

821 Franklin Ave., Suite 203
Address
Garden City, New York 11530

(516) 338-1720
Telephone No

A-8

Gene Colan

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF Kings

ADMINISTRATION PROCEEDING
Estate of Eugene Colan

a/k/a

Deceased.

WAIVER OF CITATION, RENUNCIATION AND CONSENT TO APPOINTMENT OF ADMINISTRATOR (INDIVIDUAL)

File No. 2011-3393

The undersigned, a distributee or creditor of the above named decedent and being of full age and sound mind hereby voluntarily appears in the Surrogate's Court of Kings County, New York and waives the issuance and service of citation in this matter, renounces all right to Letters of Administration of the above captioned estate and consents that

[X ] Letters of Administration
[ ] Letters of Administration with Limitations
[ ] Limited Letters of Administration

be issued to Nanci Solo
or any other person or persons entitled thereto without any notice whatsoever to the undersigned, and consents

[X ] that a bond be dispensed with and hereby specifically release any claim I might have under any bond that may be filed
[ ] that a bond in the amount of $ ________ be posted.

8/29/11 [signature] 565 Prospect Place, Apt. 11G child
Date Signature Street Address Relationship

Erik Colan Brooklyn, NY 11238
Print Name Town/State/Zip

STATE OF NEW YORK New York
COUNTY OF Kings

On August 29 2011, before me personally appeared Erik Colan

MARGIE GORTMAN
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN NEW YORK COUNTY
REG. #02GO6144818
MAY 15, 2014

to me known and known to me to be the person described in and who executed the foregoing waiver and consent and each duly acknowledged the execution thereof.

[signature]
Notary Public
Commission Expires:
(Affix Stamp or Seal)

David M. Edelblum, Esq.
Name of Attorney

821 Franklin Ave., Suite 203
Address
Garden City, New York 11530

(516) 338-1720
Telephone No

A-8

Gene Colan

At a Surrogate's Court of the State of New York held in and for the County of Kings at 2 Johnson Street, Brooklyn, New York, on October 5, 2011.

SURROGATE'S COURT: KINGS COUNTY
HON DIANA A. JOHNSON, SURROGATE

Administration Proceeding

Estate of EUGENE COLAN

Deceased.

Decree Appointing Administrator

File No. 2011-3393

A petition having been filed by Nanci Solo praying that administration of the goods, chattels and credits of the above-named decedent be granted to Nanci Solo; and all persons named in such petition required to be cited, having been duly cited to show cause why such relief should not be granted or having duly waived the issuance of such citation and consented thereto, and it appearing that Nanci Solo is in all respects competent to act as administrator of the estate of said deceased, and a

X bond having been dispensed with pursuant to SCPA § 805

and such representative(s) otherwise having qualified, therefore now, after due deliberation, with no one appearing in opposition thereto, it is

**Ordered and Decreed,** that Letters of Administration issue to

Nanci Solo

**Ordered and Decreed,** that the authority of such representative(s) be restricted in accordance with, and that letters issued contain the limitation, if any, which appears immediately below.

THE ADMINISTRATOR IS RESTRAINED FROM COLLECTING AND ADMINISTERING MORE THAN $249,999.99 IN PERSONAL ASSETS BELONGING TO THE DECEDENT WITHOUT FURTHER ORDER OF THIS COURT.

Diana A. Johnson
HON. DIANA A. JOHNSON,
SURROGATE

2021MARVEL-0114561

Gene Colan

2011-3393

# ABANDONED PROPERTY LOCATION SERVICES

Letter of Authorization and Fee Agreement

1 ABANDONED PROPERTY LOCATION SERVICE PROVIDER INFORMATION:

SBH HOLDINGS LLC

SERVICE PROVIDER NAME | DAY TIME TELEPHONE NUMBER

555 BEDFORD AVE # 2G | BROOKLYN | NY | 11211

STREET ADDRESS | CITY | STATE | ZIP

2 ACCOUNT OWNER INFORMATION: Provide information about the person or company that is owed unclaimed funds:

EUGENE COLAN

ACCOUNT OWNER NAME | OUF CODE (if known)

22 ND BURNETT ST | BROOKLYN | NY | 11229

ACCOUNT OWNER STREET ADDRESS | CITY | STATE | ZIP

Is the Account Owner deceased? ☐ No ☑ Yes   If Yes, Date of Death: __/__/__

3 CLAIMANT INFORMATION:

NANCI SOLO

CLAIMANT NAME | DAY TIME TELEPHONE NUMBER

1871 MARINE PARKWAY | BROOKLYN | NY | 11234

CLAIMANT CURRENT STREET ADDRESS | CITY | STATE | ZIP

CLAIMANT'S RELATIONSHIP TO ACCOUNT OWNER:

☐ Self ☐ Surviving Spouse ☐ Child ☐ Guardian ☑ Executor/Administrator ☐ Other ______

4 DISCLOSURE:

**"Abandoned Funds held by the State can be obtained directly from the Office of the State Comptroller by the owner (or authorized estate representative) without paying a fee. These funds are held indefinitely by the Office of the State Comptroller. For more information, contact the Office of the State Comptroller at 800-221-9311 or www.osc.state.ny.us."**

The nature of the funds held by the New York State Comptroller's Office of Unclaimed Funds for the above named Account Owner may involve funds such as bank accounts, stocks, dividends, mutual funds, insurance policies, utility refunds, and uncashed checks.

The fee charged by the above named service provider will be 15 % of the funds recovered (must not exceed 15%).

5 CLAIMANT CERTIFICATION:

I hereby authorize the above named service provider, to act as agent in claiming funds held in the custody of the New York State Office of the State Comptroller (OSC) located at 110 State Street, Albany, NY 12236. This appointment is limited solely for the purpose of claiming unclaimed funds held by OSC and does not constitute the creation of a principal/agent relationship for any other purpose.

I authorize OSC to communicate with the above named service provider and release to the service provider confidential information concerning this claim. I understand that I will be required to sign all appropriate documents pertaining to this claim. I further understand that I will be named as the payee for all funds recovered to which I am entitled but checks will be mailed to the above named service provider.

[signature]

Claimant Signature

Service Provider Authorized Signatory

On this 24th day of March, in the year 2017, before me Nanci J. Solo (Claimant Name)

personally appeared and is personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledge to me that they executed the same in their capacity, and that by their signature, on the instrument, the individual, or the person upon which the individual acted, executed the instrument.

Notary Signature: [signature]

Notary Stamp:

[illegible] Notary Public State of New York NO. [illegible] Qualified in Kings County Commission Expires [illegible] 19