# EXHIBIT 5

Page 1

 12  Interviews with Eugene Colan
 13  Comicology Colan Interview



EXHIBIT 39

```
                                             Page 2
 1              JEFF PETERS:  We're here at the New
 2   York Comicon with Master Comic Artist Gene Colan,
 3   whose career spans what, four decades?
 4              GENE COLAN:  From '46.
 5              JEFF PETERS:  From 1946 in the comics,
 6   so six decades, excuse me.  Gene is -- you're
 7   traveling incognito?  You've got the --
 8              GENE COLAN:  My wife's with me.
 9              JEFF PETERS:  The black on.  You've got
10   your shades on.
11              GENE COLAN:  Yep.
12              JEFF PETERS:  And it's because you have
13   glaucoma?
14              GENE COLAN:  Yep.
15              JEFF PETERS:  Which we were just
16   talking about.
17              GENE COLAN:  Yes.  Well, if your
18   pressure goes up, you don't feel it, you don't
19   know it.
20              JEFF PETERS:  Right.
21              GENE COLAN:  You find out if you have
22   an eye doctor look at it and he'll tell you right
23   off the bat --
24              JEFF PETERS:  Yeah, they do the test
25   real quick and know that it's happening.
```

Page 15

1      GENE COLAN: Yeah.
2      JEFF PETERS: All right. And now this
3  has just come out. This is from Tomorrow's
4  Publisher --
5      GENE COLAN: Yes.
6      JEFF PETERS: -- and this is Secrets in
7  the Shadows --
8      GENE COLAN: That's right, tells all
9  about --
10     JEFF PETERS: -- the life of Gene
11 Colan.
12     GENE COLAN: Yeah.
13     JEFF PETERS: And people can pick this
14 up at --
15     GENE COLAN: Yeah.
16     JEFF PETERS: -- any comic bookstore?
17     GENE COLAN: I would think so, yes.
18     JEFF PETERS: That's great. And this
19 tells your entire history?
20     GENE COLAN: Everything.
21     JEFF PETERS: It's really a terrific
22 book.
23     GENE COLAN: Yes.
24     JEFF PETERS: And what do you see -- do
25 you have any plans for doing sequential art

```
                                              Page 18
 1              C E R T I F I C A T I O N

 2

 3    I, Rita Weltsch, certify that the foregoing

 4    transcript is a true and accurate record of the

 5    proceedings.

 6        R.Weltsch
 7

 8

 9    _____

10

11    Veritext Legal Solutions

12    330 Old Country Road

13    Suite 300

14    Mineola, NY 11501

15

16    Date:   October 24, 2022

17

18

19

20

21

22

23

24

25
```