# EXHIBIT 12



2021MARVEL-0124143