# EXHIBIT 1

| Publication Title | Issue No. | Vol. No. | First Publication Date | © Owner | © Reg No. |
|---|---|---|---|---|---|
| Tomb of Dracula | #1 | 1 | 10/19/1971 | MCI | B712603 |
| Tomb of Dracula | #2 | 1 | 2/1/1972 | MCI | B739653 |
| Tomb of Dracula | #3 | 1 | 3/28/1972 | MCI | B744432 |
| Tomb of Dracula | #4 | 1 | 5/30/1973 | MCI | B847506 |
| Tomb of Dracula | #5 | 1 | 7/25/1972 | MCI | B772985 |
| Tomb of Dracula | #6 | 1 | 9/26/1972 | MCI | B787599 |
| Tomb of Dracula | #7 | 1 | 11/21/1972 | MCI | B800163 |
| Tomb of Dracula | #8 | 1 | 1/23/1973 | MCI | B815059 |
| Tomb of Dracula | #9 | 1 | 2/20/1973 | MCI | B825207 |
| Tomb of Dracula | #10 | 1 | 3/20/1973 | MCI | B829682 |
| Tomb of Dracula | #11 | 1 | 4/24/1973 | MCI | B846942 |
| Tomb of Dracula | #12 | 1 | 5/22/1973 | MCI | B846899 |
| Tomb of Dracula | #13 | 1 | 6/19/1973 | MCI | B851838 |
| Tomb of Dracula | #14 | 1 | 7/17/1973 | MCI | B857134 |
| Tomb of Dracula | #15 | 1 | 8/14/1973 | MCI | B866425 |
| Tomb of Dracula | #16 | 1 | 9/4/1973 | MCI | B879205 |
| Tomb of Dracula | #17 | 1 | 9/25/1973 | MCI | B883969 |
| Tomb of Dracula | #18 | 1 | 10/23/1973 | MCI | B891716 |
| Tomb of Dracula | #19 | 1 | 11/20/1973 | MCI | B899455 |
| Tomb of Dracula | #20 | 1 | 1/8/1974 | MCI | B906646 |
| Tomb of Dracula | #21 | 1 | 2/5/1974 | MCI | B918332 |
| Tomb of Dracula | #22 | 1 | 3/5/1974 | MCI | B926664 |
| Tomb of Dracula | #23 | 1 | 5/7/1974 | MCI | B939804 |
| Tomb of Dracula | #24 | 1 | 6/4/1974 | MCI | B939782 |
| Tomb of Dracula | #25 | 1 | 6/4/1974 | MCI | B956177 |
| Tomb of Dracula | #26 | 1 | 7/2/1974 | MCI | B964044 |

| Publication Title | Issue No. | Vol. No. | First Publication Date | © Owner | © Reg No. |
|---|---|---|---|---|---|
| Tomb of Dracula | #27 | 1 | 9/3/1974 | MCI | B964074 |
| Tomb of Dracula | #28 | 1 | 9/3/1974 | MCI | B982110 |
| Tomb of Dracula | #29 | 1 | 10/8/1974 | MCI | B978710 |
| Tomb of Dracula | #30 | 1 | 11/5/1974 | MCI | B989057 |
| Tomb of Dracula | #31 | 1 | 12/3/1974 | MCI | B995431 |
| Tomb of Dracula | #32 | 1 | 1/7/1975 | MCI | B999523 |
| Tomb of Dracula | #33 | 1 | 2/4/1975 | MCI | B8139 |
| Tomb of Dracula | #34 | 1 | 4/8/1975 | MCI | B16961 |
| Tomb of Dracula | #35 | 1 | 4/1/1975 | MCI | B24311 |
| Tomb of Dracula | #36 | 1 | 4/29/1975 | MCI | B47240 |
| Tomb of Dracula | #37 | 1 | 6/10/1975 | MCI | B48651 |
| Captain America | #117 | 1 | 5/13/1969 | MCI | B532114 |
| Captain America | #118 | 1 | 6/10/1969 | MCI | B532062 |
| Captain America | #119 | 1 | 7/8/1969 | MCI | B532117 |
| Captain America | #120 | 1 | 8/12/1969 | MCI | B533818 |
| Captain America | #121 | 1 | 9/9/1969 | MCI | B545951 |
| Captain America | #122 | 1 | 10/14/1969 | MCI | B545968 |
| Captain America | #123 | 1 | 11/11/1969 | MCI | B549540 |
| Captain America | #124 | 1 | 12/9/1969 | MCI | B557545 |
| Captain America | #125 | 1 | 1/13/1970 | MCI | B567218 |
| Captain America | #126 | 1 | 2/10/1970 | MCI | B576035 |
| Captain America | #127 | 1 | 3/10/1970 | MCI | B578594 |
| Captain America | #128 | 1 | 4/7/1970 | MCI | B586684 |
| Captain America | #129 | 1 | 5/5/1970 | MCI | B598586 |
| Captain America | #130 | 1 | 6/9/1970 | MCI | B598589 |
| Captain America | #131 | 1 | 7/7/1970 | MCI | B609524 |
| Captain America | #132 | 1 | 8/4/1970 | MCI | B612392 |

| Publication Title | Issue No. | Vol. No. | First Publication Date | © Owner | © Reg No. |
|---|---|---|---|---|---|
| Captain America | #133 | 1 | 9/8/1970 | MCI | B630153, B630214 |
| Captain America | #134 | 1 | 10/6/1970 | MCI | B630191 |
| Captain America | #135 | 1 | 11/3/1970 | MCI | B631976 |
| Captain America | #136 | 1 | 12/15/1970 | MCI | B638024 |
| Captain America | #137 | 1 | 1/12/1971 | MCI | B648901 |
| Marvel Super-Heroes | #12 | 1 | 10/10/1967 | MCI | B462618 |
| Marvel Super-Heroes | #13 | 1 | 12/12/1967 | MCI | B462617 |
| Marvel Super-Heroes | #18 | 1 | 10/15/1968 | MCI | B474875 |
| Captain Marvel | #1 | 1 | 2/8/1968 | MCI | B462622 |
| Captain Marvel | #2 | 1 | 3/7/1968 | MCI | B462631 |
| Captain Marvel | #3 | 1 | 4/9/1968 | MCI | B462609 |
| Captain Marvel | #4 | 1 | 5/9/1968 | MCI | B462620 |