# EXHIBIT 8

## NOTICE OF TERMINATION

## "CAPTAIN MARVEL"

To:   Marvel Entertainment, LLC              Marvel Studios, LLC
      Marvel Worldwide, Inc.                  MVL Rights, LLC
      Marvel Property, Inc.                   MVL Development, LLC
      Marvel Characters, Inc.                 Marvel Characters, Inc.
      1290 Avenue of the Americas             500 South Buena Vista Street
      New York, NY 10104                      Burbank, CA 91521
      Attn: John Turitzin, Chief Counsel      Attn: David Galluzzi, Chief Counsel
           Eli Bard, Deputy Chief Counsel

      The Walt Disney Company                 Marvel Animation Inc.
      500 South Buena Vista Street            623 Circle Seven Drive
      Burbank, CA 91521                       Glendale, CA 91201
      Attn: Alan Braverman, General Counsel   Attn: Legal Department

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. § 201.10, Nanci Solo and Erik Colan, the children, and Rachel Waldman, the biological grandchild, of the deceased author Eugene J. Colan, hereby terminate all pre-January 1, 1978 exclusive or non-exclusive grants of the transfer or license of the renewal copyright(s) in and to the illustrated comic book stories, featuring the character Captain Marvel (a.k.a. Mar-Vell), authored or co-authored by Eugene J. Colan (a.k.a. Gene Colan), and published in the respective comic book issues listed in paragraph 2 of this Notice, all as set forth below[1]:

1.      The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Marvel Entertainment, LLC, Marvel Worldwide, Inc., Marvel Property, Inc., Marvel Characters, Inc., 1290 Avenue of the Americas, New York, NY 10104;

---

[1] The terminated grantees listed herein were previously served on June 22, 2021with a notice of termination under 17 U.S.C. § 304(c) regarding the Works set forth herein below. This alternate notice of termination is served out of an abundance of caution in the event that the prior notice is deemed ineffective.

Marvel Studios, LLC, MVL Rights, LLC, MVL Development, LLC, Marvel Characters, Inc., 500 South Buena Vista Street, Burbank, CA 91521; The Walt Disney Company, 500 South Buena Vista Street, Burbank, CA 91521; and Marvel Animation Inc., 623 Circle Seven Drive, Glendale, CA 91201. Pursuant to 37 C.F.R. § 201.10(d), service of this notice is being made by First Class Mail, postage pre-paid to the above grantees or successors at the addresses shown.

2. The copyrighted work(s) to which this Notice of Termination apply(ies) (individually, the "Work"; collectively, the "Works") are the illustrated comic book story(ies), featuring the character Captain Marvel (a.k.a. Mar-Vell), authored or co-authored by Eugene J. Colan (a.k.a. Gene Colan),[2] along with all the characters, story elements, and/or indicia appearing therein, which stories were published and embodied in the comic book issues identified as follows:

| Title | Copyright Claimant[3] | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| *Marvel Super-Heroes* Vol 1, No. 12 | Marvel Comics, Inc. and Marvel Comics Group | 10/10/1967 | B462618 |

---

[2] This Notice of Termination also applies to all material authored or co-authored by Eugene J. Colan (in any and all medium(s), whenever created) that was reasonably associated with the Works and was registered with the United States Copyright Office and/or published within the termination time window, as defined by 17 U.S.C. § 304(c), and the effective date of this Notice of Termination. This Notice of Termination likewise includes any character, story element, or indicia reasonably associated with the Works including, without limitation, Captain Marvel (a.k.a. Mar-Vell), Carol Danvers (a.k.a. Car-Ell), Una, Yon-Rogg, Zarek, the Kree Soldiers, Jeremy Logan, Supreme Intelligence, Sentry 459, Ronan the Accuser, Walter Lawson, Sam Hill, General William Bridges, Walter Lawson, Dorrek VII, Anelle, Machino, Hal Logan, Chester Fenton, Super-Skrull (a.k.a. Kl'rt), the Skrull Emperor, and Namor the Sub-Mariner. Every reasonable effort has been made to find and list herein all such material. Nevertheless, if any such material has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted material.

[3] Pursuant to 37 C.F.R. § 201.10(b)(1)(iii), this Notice of Termination includes the name of at least one author of each Work to which this Notice of Termination applies. The listing herein of any corporation as copyright claimant is done per Copyright Office records, and is not to be construed as an admission that any given work is or was a "work made for hire," nor is anything else herein to be construed as any such admission. Nothing contained in this Notice of Termination shall be construed to in any way limit or waive any right or remedy that Nanci Solo, Erik Colan and/or Rachel Waldman, may have, at law or in equity, with respect to the subject matter hereof, all of which is hereby expressly reserved.

| *Marvel Super-Heroes* Vol 1, No. 13 | Marvel Comics, Inc. and Marvel Comics Group | 12/12/1967 | B462617 |
| *Marvel's Space-Born Superhero! Captain Marvel* Vol. 1, No. 1 | Marvel Comics, Inc. and Marvel Comics Group | 2/8/1968 | B462622 |
| *Marvel's Space-Born Superhero! Captain Marvel* Vol. 1, No. 2 | Marvel Comics, Inc. and Marvel Comics Group | 3/7/1968 | B462631 |
| *Marvel's Space-Born Superhero! Captain Marvel* Vol. 1, No. 3 | Marvel Comics, Inc. and Marvel Comics Group | 4/9/1968 | B462609 |
| *Marvel's Space-Born Superhero! Captain Marvel* Vol. 1, No. 4 | Marvel Comics, Inc. and Marvel Comics Group | 5/9/1968 | B462620 |

3.    The grant(s) and/or transfer(s) to which this Notice of Termination applies was (were) made in that (those) certain copyright assignment(s) on the back of the check(s) issued by Marvel Entertainment, LLC's ("Marvel") predecessor company(ies) to Eugene J. Colan, with respect to the above-listed Works, which was (were) dated on or about the time of the respective publication of such Works, as well as any other grant(s) regarding the Works by Eugene J. Colan to Marvel's predecessor(s).[4]

4.    The effective date of termination for each respective Work shall be as follows:

| Title: | Effective Date of Termination: |
| --- | --- |
| *Marvel Super-Heroes* Vol 1, No. 12 | November 16, 2024 |
| *Marvel Super-Heroes* Vol 1, No. 13 | November 16, 2024 |
| *Marvel's Space-Born Superhero! Captain Marvel* Vol. 1, No. 1 | November 16, 2024 |
| *Marvel's Space-Born Superhero! Captain Marvel* Vol. 1, No. 2 | November 16, 2024 |
| *Marvel's Space-Born Superhero! Captain Marvel* Vol. 1, No. 3 | November 16, 2024 |
| *Marvel's Space-Born Superhero! Captain Marvel* Vol. 1, No. 4 | November 16, 2024 |

---

[4] This Notice of Termination also applies to each and every grant or alleged grant by Eugene J. Colan of rights under copyright in and to the Works that falls within the applicable termination time window (defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination). Every reasonable effort has been made to find and list herein every such grant and/or transfer. Nevertheless, if any such grant and/or transfer has been omitted, such omission is unintentional and involuntary, and this Notice of Termination applies as well to each and every such omitted grant and/or transfer.

3

5.     Eugene J. Colan died on June 23, 2011. He is survived by his children, Nanci Solo and Erik Colan, biological grandchild, Rachel Waldman (the daughter of his deceased biological child, Valerie Waldman) and biological child, Jill Kubicki. Together Nanci Solo, Erik Colan and Rachel Waldman constitute more than one-half of Eugene J. Colan's termination interest. Accordingly, this Notice has been signed by all persons needed to terminate the grant(s) identified herein under 17 U.S.C. § 304(c).

Dated: November 15, 2022                    TOBEROFF & ASSOCIATES, P.C.


_____
Marc Toberoff

23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Tel: (310) 246-3333

As counsel for and on behalf of Nanci Solo,
Erik Colan and Rachel Waldman

4

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION to be served this 15th day of November, 2022, by First Class

Mail, postage prepaid, upon each of the following:

To:  Marvel Entertainment, LLC     Marvel Studios, LLC
   Marvel Worldwide, Inc.       MVL Rights, LLC
   Marvel Property, Inc.        MVL Development, LLC
   Marvel Characters, Inc.       Marvel Characters, Inc.
   1290 Avenue of the Americas    500 South Buena Vista Street
   New York, NY 10104       Burbank, CA 91521
   Attn: John Turitzin, Chief Counsel   Attn: David Galluzzi, Chief Counsel
     Eli Bard, Deputy Chief Counsel

   The Walt Disney Company      Marvel Animation Inc.
   500 South Buena Vista Street    623 Circle Seven Drive
   Burbank, CA 91521        Glendale, CA 91201
   Attn: Alan Braverman, General Counsel Attn: Legal Department

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th

day of November, 2022, at Malibu, California.

            _____
            Jaymie Parkkinen
            Toberoff & Associates, P.C.
            23823 Malibu Road, Suite 50-363
            Malibu, CA 90265

            Counsel for Nanci Solo, Erik Colan and
            Rachel Waldman.