

O'Melveny & Myers LLP  
1999 Avenue of the Stars  
8th Floor  
Los Angeles, CA 90067-6035

T: +1 310 553 6700  
F: +1 310 246 6779  
omm.com

File Number: 0903423-00392

May 23, 2023

**Molly M. Lens**  
D: +1 310 246 8593  
mlens@omm.com

The Honorable Taryn A. Merkl  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

    **Re:**    *Marvel Characters, Inc. v. Solo*, No. 1:21-cv-05316-NRM-TAM – Response to Order of May 22, 2023

Dear Judge Merkl:

We write jointly on behalf of Marvel Characters Inc. ("MCI"), on the one hand, and Nanci Solo, Erik Colan, and Rachel Waldman, on the other, in response to the Court's Order of May 22, 2023 directing the parties to submit a proposed summary judgment briefing schedule by May 26, 2023. We jointly advise that the parties now anticipate a dismissal of all claims in this action within the next thirty (30) days. To avoid the unnecessary expenditure of party and judicial resources, the parties respectfully request that the Court adjourn any deadlines relating to summary judgment for forty-five (45) days. To the extent that the case remains pending after such time, the parties respectfully propose that they submit a joint status report on July 7, 2023.

Respectfully submitted,

/s/ Molly M. Lens                                     /s/ Marc Toberoff

Molly M. Lens                                          Marc Toberoff  
Of O'Melveny & Myers LLP                  Of Toberoff & Associates PC  
*for Marvel Characters Inc.*                    *for Nanci Solo, Erik Colan, and Rachel Waldman*