IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVEL CHARACTERS, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NANCI SOLO, ERIK COLAN, and RACHEL WALDMAN,<br><br>　　　　　Defendants.<br><br>NANCI SOLO, ERIK COLAN, and RACHEL WALDMAN,<br><br>　　　　　Counterclaimants,<br><br>　v.<br><br>MARVEL CHARACTERS, INC. and DOES 1-10, inclusive<br><br>　　　　　Counterclaim-Defendants. | Civil Action No. 1:21-cv-5316-NRM-TAM<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Hon. Nina R. Morrison |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counterclaim-Defendant Marvel Characters, Inc., on the one hand, and Defendants and Counterclaimants Nanci Solo, Erik Colan, and Rachel Waldman, on the other, by and through their undersigned counsel, hereby stipulate that this action and all claims, including all counterclaims, and defenses asserted therein, be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

|  |  |
|---|---|
| Dated:  May 18 , 2023 | **O'MELVENY & MYERS LLP**<br><br>By: _____<br>Daniel M. Petrocelli<br><br>Daniel M. Petrocelli*<br>dpetrocelli@omm.com<br>Molly M. Lens<br>mlens@omm.com<br>Matthew Kaiser*<br>mkaiser@omm.com<br>1999 Avenue of the Stars, 8th Floor<br>Los Angeles, California  90067<br>Telephone: (310) 553-6700<br>Facsimile: (310) 246-6779<br><br>Allen Burton<br>aburton@omm.com<br>Danielle Feuer*<br>dfeuer@omm.com<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone:  (212) 326-2000<br>Facsimile:  (212) 326-2061<br><br>* Admitted pro hac vice<br><br>*Attorneys for Marvel Characters, Inc.* |
| Dated:  May 19, 2023 | **TOBEROFF & ASSOCIATES, P.C.**<br><br>By: _____<br>Marc Toberoff<br><br>Marc Toberoff<br>mtoberoff@toberoffandassociates.com<br>23823 Malibu Road, Suite 50-363<br>Malibu, CA 90265<br>Telephone: (310) 246-3333<br>Facsimile: (310) 246-3101<br><br>*Attorneys for Nanci Solo, Erik Colan, and Rachel Waldman* |

**SO ORDERED**:

DATED: _____, 2023   BY: _____
Hon. Nina R. Morrison
United States District Judge